Hernandez v. Internet Gaming Entertainment, Ltd et al
Case 1:07-cv-21403-JIC   Document 3   Entered on FLSD Docket 07/12/2007   Page 1 of 9
Doc. 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21403-Civ-COHN/SNOW



| | |
|---|---|
| ANTONIO HERNANDEZ, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| INTERNET GAMING ENTERTAINMENT, LTD., a foreign corporation, and | ) ) ) |
| IGE U.S. LLC., a Delaware corporation, | ) ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LIMITED APPEARANCE OF DONALD E. HAVILAND, JR., CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Donald E. Haviland, Jr., Esquire, of the law firm of The Haviland Law Firm, 740 South Third Street, 3rd Floor, Philadelphia, Pennsylvania 19147, Ph. (215) 609-4661, for purposes of limited appearance as co-counsel on behalf of Plaintiff, Antonio Hernandez, herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Donald E. Haviland, Jr., Esquire to receive electronic filings in this case, and in support thereof states as follows:

1. Donald E. Haviland, Jr., Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the Pennsylvania Bar, United States District Court,

Eastern District of Pennsylvania. Accordingly, Mr. Haviland's Certificate of Good Standing is attached hereto as Exhibit "A."

2. Movant, C. Richard Newsome, Esquire, of the law firm of Newsome Law Firm, 20 North Orange Avenue, Suite 800, Orlando, Florida 32801, Ph. (407) 648-5977, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Donald E. Haviland, Jr., Esquire has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Donald E. Haviland, Jr., Esquire, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Haviland at email address: haviland@havilandlaw.com

WHEREFORE, C. Richard Newsome, Esquire, moves this Court to enter an Order permitting Donald E. Haviland, Jr., Esquire to appear before this Court on behalf of Plaintiff, Antonio Hernandez, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Donald E. Haviland, Jr., Esquire.

Dated: July 2, 2007

Respectfully submitted,

*(signature)*

C. RICHARD NEWSOME, ESQUIRE
Fla. Bar No.: 827258
E-mail Address: newsome@productsliability.net
Newsome Law Firm
20 North Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
Attorneys for Plaintiff, Antonio Hernandez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and )
on behalf of all others similarly situated, )
)
                Plaintiff, )
)
v. )
)
INTERNET GAMING ENTERTAINMENT, LTD., )
a foreign corporation, and )
)
IGE U.S. LLC., )
a Delaware corporation, )
)
                Defendants. )
)

## CERTIFICATION OF DONALD E. HAVILAND, JR.

Donald E. Haviland, Jr., Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Pennsylvania Bar and the United States District Court for the Eastern District of Pennsylvania.

                                                  _____
                                                  DONALD E. HAVILAND, JR., ESQUIRE
                                                  Pennsylvania Bar No.: 66615

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail on July 2, 2007 on all counsel or parties of record on the service list.

C. RICHARD NEWSOME, ESQUIRE
Fla. Bar No.: 827258

Case No. 07-21403-Civ-COHN/SNOW

## SERVICE LIST

Donald E. Haviland, Esquire
Pennsylvania Bar No.: 66615
E-mail Address: haviland@havilandlaw.com
The Haviland Law Firm
740 South Third Street, 3rd Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
Attorneys for Plaintiff, Antonio Hernandez

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Donald E. Haviland, Jr., Bar # 66615, was duly admitted to practice in said Court on September 16, 1993, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                              Clerk of Court

on June 19, 2007.                      BY _____
                                                     Aida Ayala,     Deputy Clerk



EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and )
on behalf of all others similarly situated, )
                                                                                  )
                Plaintiff, )
                          )
v. )
                          )
INTERNET GAMING ENTERTAINMENT, LTD., )
a foreign corporation, and )
                          )
IGE U.S. LLC., )
a Delaware corporation, )
                          )
                Defendants. )
                          )

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
DONALD E. HAVILAND, JR., CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Donald E. Haviland, Jr., Esquire and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Donald E. Haviland, Jr., Esquire in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED** and **ADJUDGED** that:

       The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is **GRANTED**. Donald E. Haviland, Jr.,

Esquire is granted to appear and participate in this action on behalf of Plaintiff, Antonio Hernandez.

The Clerk shall provide electronic notification of all electronic filings to Donald E. Haviland, Jr., Esquire at haviland@havilandlaw.com.

**DONE AND ORDERED** in Chambers at _____, Florida this _____ day of _____.

_____
United States District Judge

Copies furnished to:
All Counsel of Record