UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/Snow

ANTONION HERNANDEZ, Individually
and on Behalf of all Others
Similarly Situated,

      Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT,
LTD., a Foreign Corporation.

      Defendant.
_____/

## **O R D E R**

THIS CAUSE is before the Court on counsel Donald Haviland's Motion for Limited Appearance (DE 3). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Donald Haviland, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Antonio Hernandez** in this cause; C. Richard Newsome, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of July, 2007.

                                                    _____
                                                    LURANA S. SNOW
                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

C. Richard Newsome, Esq. (P and Local Counsel for Haviland)
Donald Haviland, Jr., Esq. (P)

Ms. Catherine Wade (MIA)
   Executive Service Administrator