AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-21403-Civ-COHN/SNOW

Antonio Hernandez, Individually
and on behalf of all others
similarly situated,

Plaintiff

v.

Internet Gaming Entertainment,
Ltd. and IGE U.S. LLC.,

Defendant



FILED by _____ D.C.
INTAKE
AUG 23 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • Ft. LAUD.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Internet Gaming Entertainment Limited
19/F Oxford House
979 King's Road
Taikoo Place, Quarry Bay
Hong Kong

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Richard Newsome
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, FL 32801

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                              AUG 23 2007
CLERK OF COURT                                               DATE

_____
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 07-21403-Civ-COHN/SNOW

Antonio Hernandez, Individually
and on behalf of all others
similarly situated,

              Plaintiff

v.

Internet Gaming Entertainment,
Ltd. and IGE U.S. LLC.,

              Defendant

**SUMMONS IN A CIVIL CASE**



FILED by _____ D.C.
INTAKE
AUG 28 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

TO: (Name and address of defendant)

IGE U.S. LLC by serving:
Brock Pierce, Manager
635 Euclid Avenue, Suite 222
Miami Beach, FL 33139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Richard Newsome
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, FL 32801

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 2 3 2007

Clarence Maddox

CLERK OF COURT                               DATE

_[signature]_

(BY) DEPUTY CLERK