(Rev. 10/2002) Motion and Order for Appointment of Process Server

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 07-21403-Civ-COHN/SNOW

Antonio Hernandez,
Individually and on behalf of
all others similarly situated,

                Plaintiff

v.

Internet Gaming
Entertainment, Ltd. and IGE
U.S. LLC.,

                Defendant

## MOTION FOR APPOINTMENT OF PROCESS SERVER

Pursuant to Federal Rules of Civil Procedure 4, as amended, the undersigned moves the Court to appoint: APS International, Ltd. to serve process in this action and avers that the person to be appointed is not less than eighteen (18) years of age and is not a party to this action.

Attorney for (Circle One):   **Plaintiff** / Defendant

C. Richard Newsome, Esquire
Printed or typed name of Attorney

827258
Florida Bar Number

20 N. Orange Avenue, Suite 800
Street Address

Orlando, FL 32801
City, State, Zip Code

_[signature]_
Signature of Attorney

(407) 648-5977
Business telephone number

## ORDER

In accordance with Federal Rules of Civil Procedure 4 and Florida Rules of Court 1.070 (b), and pursuant to Miscellaneous Order 82-2 of the Southern District of Florida, the above named is hereby appointed to serve process in this action and shall file an affidavit of service with the Clerk of this Court pursuant to Federal Rule of Civil Procedure 4 (1).

Dated this _____ day of _____, 20 _____ .

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By: _____
**Deputy Clerk**