## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

| | |
|---|---|
| ANTONIO HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNET GAMING ENTERTAINMENT, LTD., a foreign corporation, and<br><br>IGE U.S. LLC., a Delaware corporation,<br><br>　　　　　Defendants. | **Plaintiff's Motion for Extension of Time To Serve Defendant, Internet Gaming Entertainment, Ltd.** |

COMES NOW Plaintiff, ANTONIO HERNANDEZ, individually and on behalf of all others similarly situated, by and through undersigned counsel, files this Motion for Extension of Time to Serve Defendant, Internet Gaming Entertainment, Ltd., a foreign corporation, and in support thereof would state:

1.　On or about August 17, 2007, Plaintiff filed an Amended Complaint against Defendant, Internet Gaming Entertainment, Ltd.

2.　Pursuant to Federal Rules of Civil Procedure 4, service of the initial process and pleading is required within 120 days after filing the Complaint, i.e., on or before December 14, 2007.

3.　Plaintiff must serve Defendant, Internet Gaming Entertainment, Ltd., through the Hague Convention, which takes between 12-16 weeks for such service.

**WHEREFORE,** for good cause shown, Plaintiff would request this Court to grant his Motion For Extension of Time To Serve Defendant, Internet Gaming Entertainment, Ltd., and allow an additional 60 days in which to serve Defendant, Internet Gaming Entertainment, Ltd., with the initial process and pleading.

Dated: <u>August 29, 2007</u>

                                              Respectfully submitted,

<u>s/ C. Richard Newsome</u>
C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.: 827258
Email: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282

DONALD E. HAVILAND, JR., ESQUIRE
Pennsylvania Bar No.: 66615
Email: haviland@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Attorneys for Plaintiff,
Antonio Hernandez and the Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21403-Civ-COHN/SNOW

| | |
|---|---|
| ANTONIO HERNANDEZ, Individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) INTERNET GAMING ENTERTAINMENT, LTD., ) a foreign corporation, and ) ) IGE U.S. LLC., ) a Delaware corporation, ) ) Defendants. ) ) | **Order Granting Plaintiff's Motion for Extension of Time To Serve Defendant, Internet Gaming Entertainment, Ltd.** |

THIS CAUSE having come before this Court on Plaintiff's Motion for Extension of Time to Serve Defendant, Internet Gaming Entertainment, Ltd., a foreign corporation, and the Court having reviewed the pleadings and being fully advised herein, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion is GRANTED and Plaintiff has until February 12, 2008 within which to serve Defendant, Internet Gaming Entertainment, Ltd.

**DONE AND ORDERED** in Chambers at _____, Florida, this _____ day of _____, 2007.

_____
**United States District Judge**

Conformed copies to:
All Counsel of Record