UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN

ANTONIO HERNANDEZ, individually,
and on behalf of all others similarly situated,

Magistrate Judge Snow

    Plaintiff,

vs.

INTERNET GAMING ENTERTAINMENT, LTD.
and IGE U.S. LLC,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE

    THIS CAUSE is before the Court upon Plaintiff's Motion for Extension of Time to Serve Defendant Internet Gaming Entertainment, Ltd. [DE 8]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

    Plaintiff seeks an extension of time to serve a foreign defendant, Internet Gaming Entertainment, through the Hague Convention, a process that Plaintiff reports takes 12 to 16 weeks. Plaintiff calculates the current deadline from the filing of the Amended Complaint [DE 5] rather than the original complaint filing date of June 1, 2007. This defendant was part of the original complaint. Thus, the current service deadline is September 28, 2007.

    Plaintiff seeks an extension of 60 days from December 14, 2007. While the Court will grant an extension to the current deadline, the Court will make the new deadline December 31, 2007, an extension of just over 90 days from the original deadline.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time to Serve Defendant Internet Gaming Entertainment, Ltd. [DE 8] is hereby **GRANTED in part**. The service deadline for Defendant Internet Gaming Entertainment, Ltd. is extended until December 31, 2007.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31th day of August, 2007.

JAMES I. COHN
United States District Judge

copies to:

C. Richard Newsome, Esq.
Donald E. Haviland, Jr., Esq.