# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORDIA**

Case No.: **07-21403-CIV-COHN/SNOW**

Plaintiff:
**Antonio Hernandez**
vs.
Defendant:
**Internet Gaming Entertainment, Ltd, et al.**

For:   C. Richard Newsome, Esq.
         Newsome Law Firm

Received by **Eagle Legal Services & Investigations** on 8/31/2007 at 1:30 p.m., to be served on **IEG U.S. LLC, c/o Corporation Service Co., 2711 Centerville Road, Suite 400,, Wilmington, DE   19808**. I **Carmen J. Verderamo**, do hereby affirm that on **9/5/2007** at **9:45 a.m.**, executed service by delivering a true copy of the **summons and amended class action complaint**, in accordance with state statutes in the manner marked below:

[ ]   PUBLIC AGENCY:  BY SERVING _____ as _____

[ ]   SUBSTITUTE SERVICE:  BY SERVING _____ as _____

[X]   CORPORATE SERVICE:  BY SERVING: **Mary Drummond** as **registered agent**
        Age: **29**    Sex: **F**    Race: **W**    Height: **5'6"**    Weight: **110**    Hair: **black**    Glasses: **no**

[ ]   OTHER SERVICE:  AS DESCRIBED IN THE COMMENTS BELOW BY SERVING
        _____ as _____

[ ]   NON SERVICE:  FOR THE REASON DETAILED IN THE COMMENTS BELOW:

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal agent and have property authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on this __6th__ day of __September__, __2007__, by the affiant who is personally known to me.

_____
Notary Public
MICHAEL T. O'ROURKE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 4, 2008

_____
Carmen J. Verderamo

PROCESS SERVER #_____
Appointed in accordance with State statutes

Eagle Legal Services & Investigations
424 East Central Boulevard, #337
Orlando, FL  32801
(407) 857-8380

Our Job Serial Number:  2007005939