# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 07-21403-CIV-COHN/SNOW

Plaintiff:
**Antonio Hernandez, Individually and on behalf of all others similaryl situated**
vs.
Defendant:
**Internet Gaming Entertainment, Ltd. and IGE U.S. LLC**

For: C. Richard Newsome, Esq
     NEWSOME LAW FIRM

Received by EAGLE LEGAL SERVICES & INVESTIGATIONS on the 31st day of August, 2007 at 1:30 pm to be served on **IGE U.S. LLC, by serving: Registered Agent: CT CORPORATION SYSTEM, 818 West Seventh Street, Los Angeles, CA 90017.** I, _Claudia Pineda_, being duly sworn, depose and say that on the _4th_ day of _Sept._, 2007 at _2:10 p_.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE and AMENDED CLASS ACTION COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _Margaret Wilson_ as _Clerk for CT Corporation, agent for Service_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _6th_ day of _Sept_, _2007_ by the affiant who is personally known ✓ or produced identification _____ to me. Type of identification: _____

NOTARY PUBLIC

PROCESS SERVER # _4965_
Appointed in accordance
with State Statutes

**EAGLE LEGAL SERVICES & INVESTIGATIONS**
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380
Our Job Serial Number: 2007005938

Commission Stamp/Seal    Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

$185.00