UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN

ANTONIO HERNANDEZ, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT,
LTD, a Foreign Corporation, et al.,

      Defendants.
_____

### CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the instructions of Administrative Order 2007-42 issued by Federico A. Moreno, Chief United States District Judge. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause. Therefore, this case is ready to be transferred to Barry S. Seltzer, United States Magistrate Judge.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 24th day of September, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

### ORDER OF TRANSFER

Pursuant to the above certification, the Clerk of the Court shall transfer assignment of this case to United States Magistrate Judge Barry S. Seltzer. All prior referrals in this case shall remain in effect.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of September, 2007.

_____
JAMES I. COHN
United States District Judge

Copies to:
Barry S. Seltzer, United States Magistrate Judge
All Counsel of Record