UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

       Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT,
LTD., a foreign corporation, and

IGE U.S., LLC., a Delaware corporation,

       Defendants,

Case No. 07-CIV-21403-COHN/SELTZER

**DEFENDANT IGE U.S., LLC'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendant, IGE U.S., LLC n/k/a Affinity Media Holdings, LLC, ("Defendant") moves that the Court enter an Order extending the time for it to file a response to Plaintiff, Antonio Hernandez's ("Plaintiff") Amended Class Action Complaint for thirty (30) days, up to and including October 25, 2007, and in support thereof would show the Court as follows:

    1.  Plaintiff filed its initial Class Action Complaint on June 1, 2007.

    2.  On August 17, 2007, Plaintiff filed its Amended Class Action Complaint.

    3.  Defendant was first served with process and the Amended Class Action Complaint on September 5, 2007. Defendant therefore has until September 25, 2007 in which to serve a responsive pleading.

4. The Amended Class Action Complaint, which is 30 pages in length, asserts factually and legally complex claims, and nine (9) distinct causes of action, against Defendant, as well as against defendant Internet Gaming Entertainment, Ltd. ("Internet Gaming Entertainment"), a foreign corporation not yet served with process.

5. Due to complex nature of the claims asserted, and the inherent complexities involved in any class action litigation, Defendant needs additional time in which to prepare an appropriate response to the Amended Class Action Complaint.

6. Moreover, lead trial counsel for Defendant is in trial during the week of September 24, 2007, and is out of town for depositions and expert product testing in another matter during the week of October 1, 2007.

7. Plaintiff will not be prejudiced by the relief requested as it still is in the process of serving Internet Gaming Entertainment. In its August 31, 2007 order, the Court extended the Plaintiff's deadline for accomplishing such service to December 31, 2007.

8. This motion is not interposed in bad faith or for any undue purpose of delay.

9. Pursuant to Local Rule 7.1, counsel for Defendant has conferred with counsel for Plaintiff, who stated that he was not able to consent to the relief requested by this Motion.

10. For the Court's convenience, Defendant submits a proposed Order granting this Motion, a copy of which is attached as Exhibit "A."

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits the Court, at its discretion and for cause shown, to enlarge the period of time in which an act is required to be done. In the instant case, due to complex nature of the claims asserted, and the inherent complexities involved in any class action litigation, and lead trial counsel's trial schedule, Defendant requests an

JACK_752731.1

additional thirty (30) days in which to prepare an appropriate response to the Amended Class Action Complaint. This brief extension of time is not sought for any undue purpose of delay and will not prejudice any party.

WHEREFORE, Defendant, IGE U.S., LLC n/k/a Affinity Media Holdings, LLC, respectfully requests that the Court enter an Order granting a thirty (30) day extension of time to serve a responsive pleading to the Complaint, up to and including October 25, 2007, together with such other and further relief as the Court deems just and proper.

**FOLEY & LARDNER LLP**

 /s/ C. Ryan Maloney
Scott D. Richburg
Florida Bar No. 0064475
srichburg@foley.com
C. Ryan Maloney
Florida Bar No. 0652903
cmaloney@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
Telephone:  904.359.2000
Facsimile:  904.359.8700

and

Richard S. Davis
Florida Bar No. 0991082
rdavis@foley.com
Foley & Lardner LLP
111 North Orange Avenue
Suite 1800
Orlando, FL 32801-2386
Phone: 407-423-7656
Fax: 407-648-1743

Attorneys for Defendant, IGE U.S., LLC

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 25th day of September, 2007, with the Clerk of the Court using the CM/ELF system which will send notice of the electronic filing to:

| | |
|---|---|
| C. Richard Newsome | Donald E. Haviland, Jr. |
| Newsome Law Firm | The Haviland law Firm, LLC |
| 20 N. Orange Avenue, Suite 800 | 740 S. Third Street, Third Floor |
| Orlando, FL  32801 | Philadelphia, PA  19147 |

                                                  /s/  C. Ryan Maloney
                                            Attorney