Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT,
LTD., a foreign corporation, and

IGE U.S., LLC., a Delaware corporation,

      Defendants,

Case No. 07-CIV-21403-COHN/SELTZER

**ORDER GRANTING DEFENDANT IGE U.S., LLC'S
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This cause is before the Court on Defendant, IGE U.S., LLC n/k/a Affinity Media Holdings, LLC's, ("Defendant") Motion for Extension of Time to Respond to Complaint ("Motion"). The Court being fully informed in the premises, it is

**ORDERED:**

1.    Defendant's Motion is **GRANTED**.

2.    Defendant shall have up to and including October 25, 2007, in which to file a response to Plaintiff's Amended Class Action Complaint.

Done and ordered at in Chambers at Fort Lauderdale, Florida this _____ day of September, 2007.

                                                JAMES I. COHN
                                                United States District Judge

Copies to:    Counsel of record

JACK_753024.1