UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN

ANTONIO HERNANDEZ, individually,
and on behalf of all others similarly situated,                          Magistrate Judge Seltzer

      Plaintiff,

vs.

INTERNET GAMING ENTERTAINMENT, LTD.
and IGE U.S. LLC,

      Defendants.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND
### ORDER CONTINUING TRIAL DATE

_____THIS CAUSE is before the Court upon Defendant IGE U.S. LLC's Motion for

Extension of Time to Respond to Complaint [DE 13].  The Court has carefully

considered the motion and is otherwise fully advised in the premises.

Defendant IGE seeks a thirty day extension to respond to Plaintiff's thirty page

Amended Class Action Complaint.  Although Plaintiff has not agreed to the motion, the

Court will grant the requested extension in spite of any objection, due to the length of

the Complaint and that the foreign defendant has yet to be served.  However, the Court

notes that this extension is longer than those typically granted by this Court, and further

extensions are unlikely.

The Court will also *sua sponte* continue the trial, which this Court set for March

10, 2008, before it was known that service upon one Defendant would take six months.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant IGE U.S. LLC's

Motion for Extension of Time to Respond to Complaint [DE 13] is hereby **GRANTED**.

IGE U.S. LLC's response shall be due by October 25, 2007.

It is **FURTHER ORDERED AND ADJUDGED** that the trial in this case shall be continued until the **three** week period commencing August 4, 2008, with the Calendar Call reset until July 31, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of September, 2007.

JAMES I. COHN
United States District Judge

copies to:

Magistrate Judge Barry Seltzer
C. Richard Newsome, Esq.
Donald E. Haviland, Jr., Esq.
Christopher Maloney, Esq.