# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 07-21403-CIV-COHN/SNOW

Plaintiff:
**Antonio Hernandez, Individually and on behalf of all others similaryl situated**
vs.
Defendant:
**Internet Gaming Entertainment, Ltd. and IGE U.S. LLC**

For: C. Richard Newsome, Esq
     NEWSOME LAW FIRM

Received by EAGLE LEGAL SERVICES & INVESTIGATIONS on the 31st day of August, 2007 at 1:30 pm to be served on **IGE U.S. LLC, by serving: BROCK PIERCE, Manager, 635 Euclid Avenue, Suite 222, Miami Beach, FL 33139.** I, _John Thaxler_, being duly sworn, depose and say that on the _6_ day of _Sept_, 20_07_ at _5:00_ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE and AMENDED CLASS ACTION COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Return at client's request Non-Service. Mr. Victor Weinrauch lives in this Apt #222. This is an apartment complex on Miami Beach. Spoke to Royal Realty Group the - mgt. company for this complex they never heard of Brock Pierce!

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ___ day of _September_, _2007_ by the affiant who is personally known _X_ or produced identification _____ to me. Type of identification: _____

NOTARY PUBLIC

Notary Public State of Florida
Stacie M Sujka
My Commission DD644518
Expires 02/26/2011

Commission Stamp/Seal

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**EAGLE LEGAL SERVICES & INVESTIGATIONS**
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380
Our Job Serial Number: 2007005933

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

Dockets.Justia.com