# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

| | |
|---|---|
| ANTONIO HERNANDEZ, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Joint Motion to Reschedule** |
| | ) **Scheduling Conference** |
| INTERNET GAMING ENTERTAINMENT, LTD., a foreign corporation, and | )<br>)<br>) |
| IGE U.S. LLC., a Delaware corporation, | )<br>)<br>) |
| Defendants. | )<br>) |

Plaintiff, ANTONIO HERNANDEZ, and Defendant, IGE U.S. LLC. (collectively hereinafter the "Parties"), by and through undersigned counsel, hereby jointly file this Motion to Reschedule the Court's October 31, 2007 Scheduling Conference. In support, the Parties state as follows:

1. On October 10, 2007, the Court ordered the Parties to appear for a Scheduling Conference to be held on October 31, 2007, at 3:00 p.m. [DE 16].

2. On October 18, 2007, in accordance with the Court's Order Setting Scheduling Conference the Parties conferred in good faith to discuss all matters required by the Court. During this conference all counsel jointly agreed to request that the Court move the October 31, 2007 Scheduling Conference to allow counsel to fulfill prior commitments.

3. The Parties are amenable to rescheduling the Scheduling Conference at the Court's earliest convenience. Specifically, the Parties are available on November 1, 2, 5, 12, 16, 27 and 28.

Dockets.Justia.com

WHEREFORE, Plaintiff, ANTONIO HERNANDEZ, and Defendant, IGE U.S. LLC., respectfully request the Court enter an Order rescheduling the October 31, 2007 Scheduling Conference.

Respectfully submitted this 18th day of October, 2007.

/s/ C. Richard Newsome
C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.:  827258
Email: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, Florida 32801
Telephone:  (407) 648-5977
Facsimile:  (407) 648-5282

DONALD E. HAVILAND, JR., ESQUIRE
Pennsylvania Bar No.: 66615
Email: haviland@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Attorneys for Plaintiff,
Antonio Hernandez and the Class

/s/ Scott D. Richburg
SCOTT D. RICHBURG, ESQUIRE
Florida Bar No.:  0064475
Email:  srichburg@foley.com
C. RYAN MALONEY, ESQUIRE
Florida Bar No.:  0652903
Email:  cmaloney@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202-5017
P.O. Box 240
Jacksonville, Florida 32201-0240
Telephone:  (904) 359-2000
Facsimile:  (904) 359-8700

and

RICHARD S. DAVIS, ESQUIRE
Florida Bar No.:  0991082
Email:  rdavis@foley.com
Foley & Lardner LLP
111 North Orange Avenue
Suite 1800
Orlando, Florida 32801-2386
Telephone:  (407) 423-7656
Facsimile:  (407) 648-1743

Attorneys for Defendant, IGE U.S., LLC