# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

| | |
|---|---|
| ANTONIO HERNANDEZ, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v.   ) ) | **Joint Statement Certifying Conferral in Accordance** |
| INTERNET GAMING ENTERTAINMENT, LTD., ) a foreign corporation, and ) ) | **with Order Setting Scheduling Conference** |
| IGE U.S. LLC., ) a Delaware corporation, ) ) | |
| Defendants. ) ) | |

Plaintiff, ANTONIO HERNANDEZ, and Defendant, IGE U.S. LLC., hereby certify that they have conferred in good faith about all matters required by the Court's Order Setting Scheduling Conference [DE 16].

Respectfully submitted this 18<u>th</u> day of October, 2007.

/s/ C. Richard Newsome
C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.: 827258
Email: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282

DONALD E. HAVILAND, JR., ESQUIRE
Pennsylvania Bar No.: 66615
Email: haviland@havilandlaw.com
The Haviland Law Firm, LLC

/s/ Scott D. Richburg
SCOTT D. RICHBURG, ESQUIRE
Florida Bar No.: 0064475
Email: srichburg@foley.com
C. RYAN MALONEY, ESQUIRE
Florida Bar No.: 0652903
Email: cmaloney@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, Florida 32202-5017
P.O. Box 240
Jacksonville, Florida 32201-0240
Telephone: (904) 359-2000
Facsimile: (904) 359-8700

1

740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Attorneys for Plaintiff,
Antonio Hernandez and the Class

and

RICHARD S. DAVIS, ESQUIRE
Florida Bar No.: 0991082
Email: rdavis@foley.com
Foley & Lardner LLP
111 North Orange Avenue
Suite 1800
Orlando, Florida 32801-2386
Telephone: (407) 423-7656
Facsimile: (407) 648-1743

Attorneys for Defendant, IGE U.S., LLC