UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

INTERNET GAMING ENTERTAINMENT,
LTD., a Foreign Corporation, and IGE U.S. LLC,
a Delaware Corporation,

    Defendants.
_____/

## ORDER CONTINUING SCHEDULING CONFERENCE

THIS CAUSE is before the Court on the parties Joint Motion to Reschedule Scheduling Conference (DE 17) and the Court being sufficiently advised, it is hereby ORDERED that the Motion is GRANTED. The Scheduling Conference set for October 31, 2007, is continued until November 15, 2007 at 2:00 p.m at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida. All counsel of record and unrepresented parties are required to attend the Scheduling Conference.

DONE AND ORDERED in Fort Lauderdale, Florida, this 18th day of October 2007.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
any unrepresented parties