

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
P. O. BOX 240
JACKSONVILLE, FL 32201-0240
904.359.2000 TEL
904.359.8700 FAX
www.foley.com

October 17, 2007

WRITER'S DIRECT LINE
904.633.4713
cmaloney@foley.com EMAIL

CLIENT/MATTER NUMBER
090425-0111

<u>VIA FACSIMILE AND U.S. MAIL</u>

C. Richard Newsome, Esq.
Newsome Law Firm
20 North Orange Avenue, Suite 800
Orlando, FL 32801
Facsimile: (407) 648-5282

Donald E. Haviland, Jr., Esq.
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Facsimile: (215) 392-4400

Re: *Antonio Hernandez v. Internet Gaming Entertainment, Ltd. and IGE U.S. LLC*; Case No.: 07-21403-CIV

Dear Mr. Newsome and Mr. Haviland, Jr.:

This firm represents IGE, US, LLC, n/k/a Affinity Media Holdings, LLC ("Affinity"), with respect to the above-referenced litigation brought by your client, Mr. Antonio Hernandez ("Mr. Hernandez"). This letter is being sent to you as counsel for Mr. Hernandez. As you know, Mr. Hernandez has asserted claims against Affinity in the litigation which relate to, and seek to enforce the provisions of, the *World of Warcraft* End User License Agreement ("EULA") and the *World of Warcraft* Terms of Use Agreement ("ToU"). Section 14 of the EULA and Section 16 of the ToU require that any disputes which relate to either of these agreements must be informally negotiated for a period of thirty (30) days prior to initiating any arbitration or court proceeding, and if such disputes cannot be resolved through informal negotiation, that they are subject to binding arbitration at the election of either party to the ToU and EULA.

As you know, Mr. Hernandez has not sought to informally negotiate his disputes with Affinity in accordance with the ToU or EULA prior to filing the litigation. Pursuant to Section 14 of the EULA and Section 16 of the ToU, please allow this letter to serve as Affinity's formal written request to Mr. Hernandez for informal negotiation of his disputes alleged in the litigation, and formal election to arbitrate any such disputes which cannot be resolved through informal negotiations. Please contact me at your earliest convenience to commence the required informal negotiations, and to discuss the subsequent commencement of arbitration with the American Arbitration Association ("AAA") as required by the EULA and ToU.

Sincerely,

Scott D. Richburg

SDR:avw
cc: Richard Davis (via e-mail)

BOSTON    LOS ANGELES    SACRAMENTO    TALLAHASSEE
BRUSSELS    MADISON    SAN DIEGO    TAMPA
CHICAGO    MILWAUKEE    SAN DIEGO/DEL MAR    TOKYO
DETROIT    NEW YORK    SAN FRANCISCO    WASHINGTON, D.C.
JACKSONVILLE    ORLANDO    SILICON VALLEY

EXHIBIT A