## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC.,
a Delaware corporation,

        Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY THIS ACTION PENDING ARBITRATION, OR ALTERNATIVELY, MOTION TO DISMISS ANY NON-ARBITRABLE CLAIMS FOR IMPROPER VENUE

      Plaintiff, ANTONIO HERNANDEZ, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, hereby files this unopposed Motion for a ten (10) day extension of time to respond to Defendant, IGE U.S., LLC n/k/a AFFINITY MEDIA HOLDINGS, LLC's, ("IGE US"), Motion to Stay this Action Pending Arbitration, or Alternatively, Motion to Dismiss Any Non-Arbitrable Claims for Improper Venue. In support, Plaintiff states as follows:

      1.     Defendant, IGE US, filed its Motion to Stay this Action Pending Arbitration, or Alternatively, Motion to Dismiss Any Non-Arbitrable Claims for Improper Venue on October 25, 2007. Accordingly, Plaintiff's response is currently due by November 8, 2007.

2. Since the filing of Defendant's Motion, Lead Counsel for Plaintiff has been out of state for several days attending previously scheduled matters. As a result, an additional ten (10) days is requested to prepare an appropriate response to Defendant's twenty-one (21) page Motion.

3. This Motion is not interposed in bad faith or for any undue purpose of delay.

4. Pursuant to Local Rule 7.1, counsel for Plaintiff has conferred with counsel for IGE US, who stated that he consents to the relief sought herein.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure permits the Court, at its discretion and for cause shown, to enlarge the period of time in which an act is required to be done. In the instant case, due to counsel for Plaintiff's travel schedule and the important issues raised in Defendant's Motion, Plaintiff requests an additional ten (10) days in which to prepare an appropriate response to Defendant's Motion. This brief extension of time is not sought for any improper purpose and has been consented to by counsel for IGE US.

**WHEREFORE**, Plaintiff, ANTONIO HERNANDEZ, respectfully requests that the Court enter an Order grating a ten (10) day extension of time to file a response to Defendant's, IGE U.S., LLC n/k/a AFFINITY MEDIA HOLDINGS, LLC, Motion to Stay this Action Pending Arbitration, or Alternatively, Motion to Dismiss Any Non-Arbitrable Claims for Improper Venue, together with such other and further relief as the Court deems just and proper.

Respectfully submitted this 7th day of November, 2007.

                                                s/ C. Richard Newsome
C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.: 827258
Email: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282

DONALD E. HAVILAND, JR., ESQUIRE
Pennsylvania Bar No.: 66615
Email: haviland@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Attorneys for Plaintiff,
Antonio Hernandez and the Class

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 7th day of November, 2007, with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to:

| | |
|---|---|
| Scott D. Richburg | Richard S. Davis |
| C. Ryan Maloney | Foley & Lardner LLP |
| Foley & Lardner LLP | 111 North Orange Avenue, Suite 1800 |
| One Independent Drive, Suite 1300 | Orlando, FL 32801-2386 |
| Jacksonville, FL 32201-0240 | |

s/ C. Richard Newsome
Florida Bar No.: 827258
Newsome Law Firm