UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

       Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT,
LTD., a foreign corporation, and

IGE U.S., LLC., a Delaware corporation,

       Defendants,

Case No. 07-CIV-21403-COHN/SELTZER

### DEFENDANT IGE U.S., LLC'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendant, IGE U.S., LLC n/k/a Affinity Media Holdings, LLC, ("Defendant") moves the Court to enter an Order extending the time for Defendant to file a reply to Plaintiff's Response in Opposition to the Motion to Stay This Action Pending Arbitration, or Alternatively, Motion to Dismiss Any Non-Arbitrable Claims for Improper Venue ("Response in Opposition") for seven (7) days, up to and including December 10, 2007, and in support thereof would show the Court as follows:

1. On October 25, 2007, Defendant filed its Motion to Stay this Action Pending Arbitration, or Alternatively, Motion to Dismiss Any Non-Arbitrable Claims for Improper Venue ("Motion to Stay/Dismiss"). (Dkt. 20 and 21).

2. On November 7, 2007, Plaintiff filed his Unopposed Motion for Extension of Time to Respond to the Motion to Stay/Dismiss, (Dkt. 23), which the Court granted on November 8, 2007. (Dkt. 24).

3. On November 21, 2007, Plaintiff filed his Response in Opposition to the Motion to Stay/Dismiss. (Dkt. 28).

4. On November 29, 2007, Plaintiff filed his Supplemental Authority in Support of Plaintiff's Response in Opposition to the Motion to Stay/Dismiss. (Dkt. 29).

5. Pursuant to Local Rule 7.1(C)(1)(a), Defendant has until December 3, 2007, in which to file a reply to Plaintiff's Response in Opposition.

6. Due to the intervention of the Thanksgiving holiday, and Defendant's lead trial counsel's work-related travel schedule this week, Defendant needs a brief extension of time in which to prepare an appropriate reply to Plaintiff's Response in Opposition.

## Local Rule 7.1 Certification

Pursuant to Local Rule 7.1, counsel for Defendant has conferred with counsel for Plaintiff, who stated that he does not oppose the relief requested by this Motion.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits the Court, at its discretion and for cause shown, to enlarge the period of time in which an act is required to be done. In the instant case, due to the intervention of the Thanksgiving holiday, and Defendant's lead trial counsel's work-related travel schedule this week, Defendant requests a brief seven (7) day extension of time in which to prepare an appropriate reply to Plaintiff's Response in Opposition. This brief extension of time is not opposed by Plaintiff, and is not sought for any undue purpose of delay.

WHEREFORE, Defendant, IGE U.S., LLC n/k/a Affinity Media Holdings, LLC, respectfully requests that the Court enter an Order granting Defendant a seven (7) day extension of time in which to serve a reply to Plaintiff's Response in Opposition, up to and including December 10, 2007, together with such other and further relief as the Court deems just and proper.

**FOLEY & LARDNER LLP**

/s/ C. Ryan Maloney
Scott D. Richburg
Florida Bar No. 0064475
srichburg@foley.com
C. Ryan Maloney
Florida Bar No. 0652903
cmaloney@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
Telephone: 904.359.2000
Facsimile: 904.359.8700

and

Richard S. Davis
Florida Bar No. 0991082
rdavis@foley.com
Foley & Lardner LLP
111 North Orange Avenue
Suite 1800
Orlando, FL 32801-2386
Phone: 407-423-7656
Fax: 407-648-1743

Attorneys for Defendant, IGE U.S., LLC

JACK_794046.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 30th day of November, 2007, with the Clerk of the Court using the CM/ELF system which will send notice of the electronic filing to:

C. Richard Newsome  
Newsome Law Firm  
20 N. Orange Avenue, Suite 800  
Orlando, FL  32801  

Donald E. Haviland, Jr.  
The Haviland law Firm, LLC  
740 S. Third Street, Third Floor  
Philadelphia, PA  19147  

    /s/  C. Ryan Maloney  
Attorney

JACK_794046.1