## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC.,
a Delaware corporation,

        Defendants.
_____/

### NOTICE OF AGREED UPON MEDIATOR

Plaintiff, ANTONIO HERNANDEZ, by and through undersigned counsel, and pursuant to the Court's Order Requiring Mediation (DE 25), hereby notifies the Court that the parties have agreed upon Terry White or Rodney Max of Upchurch, Watson, White & Max Mediation Group as their mediator for this matter.

Respectfully submitted this 30th day of November, 2007.

        s/ C. Richard Newsome
        C. RICHARD NEWSOME, ESQUIRE
        Florida Bar No.: 827258
        Email: newsome@newsomelaw.com
        Newsome Law Firm
        20 N. Orange Ave., Suite 800
        Orlando, Florida 32801
        Telephone: (407) 648-5977
        Facsimile: (407) 648-5282

DONALD E. HAVILAND, JR., ESQUIRE
Pennsylvania Bar No.: 66615
Email: haviland@havilandlaw.com
MICHAEL J. LORUSSO, ESQUIRE
Pennsylvania Bar No.: 203684
Email: lorusso@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Attorneys for Plaintiff,
Antonio Hernandez and the Class

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 30th day of November, 2007, with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to:

| | |
|---|---|
| Scott D. Richburg | Richard S. Davis |
| C. Ryan Maloney | Foley & Lardner LLP |
| Foley & Lardner LLP | 111 North Orange Avenue, Suite 1800 |
| One Independent Drive, Suite 1300 | Orlando, FL 32801-2386 |
| Jacksonville, FL 32201-0240 | |

s/ C. Richard Newsome
Florida Bar No.: 827258
Newsome Law Firm