## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC.,
a Delaware corporation,

        Defendants.
_____/

### PLAINTIFF'S MOTION TO DROP INTERNET GAMING ENTERTAINMENT, LTD. AS A PARTY

Plaintiff, ANTONIO HERNANDEZ, by and through undersigned counsel and pursuant to Rule 21, *Federal Rules of Civil Procedure*, hereby files this Motion to drop Defendant, INTERNET GAMING ENTERTAINMENT, LTD., as a party to this action. In support, Plaintiff states as follows:

1. Pursuant to Rule 21, *Fed. R. Civ. Pro.*, "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

2. At this stage in these proceedings, Plaintiff has now elected to drop Internet Gaming Entertainment, Ltd. as a party and to proceed against IGE U.S. LLC. alone.

3. In accordance with Local Rule 7.1(A)(3) undersigned counsel conferred with counsel for IGE U.S. LLC. who was unable to either consent or object to the relief sought herein.

**WHEREFORE**, Plaintiff, ANTONIO HERNANDEZ, respectfully requests the Court enter an order dropping Defendant, INTERNET GAMING ENTERTAINMENT, LTD., as a party and granting all such other relief deemed just and proper.

Respectfully submitted this 21st day of December, 2007.

        s/ C. Richard Newsome
        C. RICHARD NEWSOME, ESQUIRE
        Florida Bar No.: 827258
        Email: newsome@newsomelaw.com
        Newsome Law Firm
        20 N. Orange Ave., Suite 800
        Orlando, Florida 32801
        Telephone: (407) 648-5977
        Facsimile: (407) 648-5282

        DONALD E. HAVILAND, JR., ESQUIRE
        Pennsylvania Bar No.: 66615
        Email: haviland@havilandlaw.com
        The Haviland Law Firm, LLC
        740 S. Third Street, Third Floor
        Philadelphia, PA 19147
        Telephone: (215) 609-4661
        Facsimile: (215) 392-4400

        Attorneys for Plaintiff,
        Antonio Hernandez and the Class

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 21<u>st</u> day of December, 2007, with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to:

| | |
|---|---|
| Scott D. Richburg | Richard S. Davis |
| C. Ryan Maloney | Foley & Lardner LLP |
| Foley & Lardner LLP | 111 North Orange Avenue, Suite 1800 |
| One Independent Drive, Suite 1300 | Orlando, FL 32801-2386 |
| Jacksonville, FL 32201-0240 | |

s/ C. Richard Newsome
Florida Bar No.: 827258
Newsome Law Firm