UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN

ANTONIO HERNANDEZ, individually,
and on behalf of all others similarly situated,

Magistrate Judge Seltzer

      Plaintiff,

vs.

INTERNET GAMING ENTERTAINMENT, LTD.
and IGE U.S. LLC,

      Defendants.
_____/

## ORDER GRANTING MOTION TO DROP PARTY

THIS CAUSE is before the Court upon Plaintiff's Motion to Drop Internet Gaming Entertainment, Ltd. as a party to this action [DE 39]. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Drop Internet Gaming Entertainment, Ltd. as a party to this action [DE 39] is hereby **GRANTED**, as Internet Gaming has yet to appear in this action. Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Internet Gaming Entertainment, Ltd. is hereby **DISMISSED** without prejudice from this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of December, 2007.

                                                JAMES I. COHN
                                                United States District Judge

copies to:
counsel of record on CM/ECF