UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

       Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC. a Delaware corporation,

       Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** that Akerman Senterfitt be substituted for Scott D. Richburg, Richard S. Davis, C. Ryan Maloney and Foley & Lardner LLP as attorneys of record for IGE U.S. LLC, n/k/a Affinity Media Holdings, LLC ("IGE US") in the referenced litigation and that they shall no longer represent nor have any responsibility to represent IGE US in this matter.

Counsel respectfully requests that all pleadings, papers and other materials served on IGE US be delivered to James M. Miller, Esq., Akerman Senterfitt, One Southeast Third Avenue, 25th Floor, Miami, FL 33131.

A proposed Order is provided herewith.

**STIPULATED AND AGREED** to this on this 31st day of March, 2008.

| | |
|---|---|
| **FOLEY & LARDNER** | **AKERMAN SENTERFITT** |
| One Independent Drive | One Southeast Third Avenue |
| Suite 1300, P.O. Box 240 | 25th Floor |
| Jacksonville, FL 32201-0240 | Miami, FL 33131-1704 |
| Tel: 904-359-2000 | Phone: (305) 374-5600 |
| Fax: 904-359-8700 | Fax: (305) 374-5095 |

By:   s/Scott David Richburg            By:   s/James M. Miller
    Scott David Richburg, Esq.         James M. Miller, Esq.
    Florida Bar No. 0064475            Florida Bar Number: 201308
    Christopher Ryan Maloney, Esq.     E-mail: james.miller@akerman.com
    Florida Bar No. 0652903            Samuel Heywood, Esq.
    Richard S. Davis, Esq.             Florida Bar Number: 016604
    Florida Bar No. 0991082            E-mail: samuelheywood@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 31, 2008, I electronically filed this Stipulation of Substitution of Counsel with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified, either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      s/James M. Miller
                      James M. Miller, Esq.

## SERVICE LIST

**Antonio Hernandez v. Internet Gaming Entertainment, Ltd., et al.
U.S. District Court, Southern District of Florida Case No. 07-21403-CIV-COHN/SELTZER**

C. Richard Newsome, Esq.
E-mail: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Avenue, Suite 800
Orlando, FL 32801
Tel: 407-648-5977
Fax: 407-648-5282

Donald E. Haviland, Jr., Esq.
E-mail: haviland@havilandlaw.com
Michael J. Lorusso, Esq.
E-mail: lorusso@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Tel: 215-609-4661
Fax: 215-392-4400

**Attorneys for Plaintiff Antonio Hernandez and the Class**

Scott D. Richburg, Esq.
E-mail: srichburg@foley.com
C. Ryan Maloney, Esq.
E-mail: cmaloney@foley.com
Foley & Lardner, LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32201-0240
Tel: 904-359-2000
Fax: 904-359-8700

Richard S. Davis, Esq.
E-mail: rdavis@foley.com
Foley & Lardner, LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386