Hernandez v. Internet Gaming Entertainment, Ltd et al                                                                 Doc. 42 Att.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC. a Delaware corporation,

      Defendants.
_____/

## ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** is before the Court upon the Stipulation for Substitution of Counsel filed March 31, 2008. Having reviewed the file and the motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Akerman Senterfitt is hereby substituted for Scott D. Richburg, Richard S. Davis, C. Ryan Maloney and Foley & Lardner LLP as attorneys of record for the defendant, IGE U.S. LLC, n/k/a Affinity Media Holdings, LLC, in the referenced litigation, and that they are hereby relieved and discharged of any and all further responsibility with regard to this matter.

The Clerk of Court is hereby directed to remove Scott D. Richburg, Richard S. Davis, C. Ryan Maloney and Foley & Lardner LLP from the electronic service list and to remove them from the docket and records for this case.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of April, 2008.

_____
The Honorable JAMES I. COHN
United States District Judge

Copies furnished to:
Magistrate Judge Barry S. Seltzer
James M. Miller, Esq.
C. Richard Newsome, Esq.
Scott David Richburg, Esq
Christopher Ryan Maloney, Esq.
Richard S. Davis, Esq.

## SERVICE LIST

**Antonio Hernandez v. Internet Gaming Entertainment, Ltd., et al.**
**U.S. District Court, Southern District of Florida Case No. 07-21403-CIV-COHN/SELTZER**

C. Richard Newsome, Esq.
E-mail: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Avenue, Suite 800
Orlando, FL 32801
Tel: 407-648-5977
Fax: 407-648-5282

Donald E. Haviland, Jr., Esq.
E-mail: haviland@havilandlaw.com
Michael J. Lorusso, Esq.
E-mail: lorusso@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Tel: 215-609-4661
Fax: 215-392-4400

**Attorneys for Plaintiff Antonio Hernandez and the Class**

Scott D. Richburg, Esq.
E-mail: srichburg@foley.com
C. Ryan Maloney, Esq.
E-mail: cmaloney@foley.com
Foley & Lardner, LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32201-0240
Tel: 904-359-2000
Fax: 904-359-8700

Richard S. Davis, Esq.
E-mail: rdavis@foley.com
Foley & Lardner, LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386

James M. Miller, Esq.
Email: james.miller@akerman.com
Samuel Heywood, Esq.
Email: samuelheywood@akerman.com
**AKERMAN SENTERFITT**
One Southeast Third Avenue
25th Floor
Miami, FL  33131-1714
Tel: 305 374-5600
Fax: 305 374-5095
**Attorneys for Defendant IGE US**