

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

       Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC. a Delaware corporation,

       Defendants.
_____/

### ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** is before the Court upon the Stipulation for Substitution of Counsel filed March 31, 2008. Having reviewed the file and the motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Akerman Senterfitt *and James M. Miller, Esquire* is hereby substituted for Scott D. Richburg, Richard S. Davis, C. Ryan Maloney and Foley & Lardner LLP as attorneys of record for the defendant, IGE U.S. LLC, n/k/a Affinity Media Holdings, LLC, in the referenced litigation, and that they are hereby relieved and discharged of any and all further responsibility with regard to this matter.

Hernandez v. Internet Gaming Entertainment, Ltd et al    Doc. 43

Dockets.Justia.com

The Clerk of Court is hereby directed to remove Scott D. Richburg, Richard S. Davis, C. Ryan Maloney and Foley & Lardner LLP from the electronic service list and to remove them from the docket and records for this case.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of April, 2008.

/s/ James I. Cohn
The Honorable JAMES I. COHN
United States District Judge

Copies furnished to:
Magistrate Judge Barry S. Seltzer
James M. Miller, Esq.
C. Richard Newsome, Esq.
Scott David Richburg, Esq
Christopher Ryan Maloney, Esq.
Richard S. Davis, Esq.