# EXHIBIT A

{M2674043;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 07-21403-CIV-COHN/SELTZER

**ANTONIO HERNANDEZ,**
Individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

**IGE U.S. LLC,**
a Delaware corporation,

        Defendant.
_____/

**AMENDED SCHEDULING ORDER**

THIS CAUSE is before the Court on Plaintiff Antonio Hernandez and Defendant IGE U.S. LLC's Joint Motion to Amend Scheduling Order. Trial in this matter is hereby set for the three-week period beginning February 16, 2009. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes those Local Rules.

| | |
|---|---|
| Fact Discovery Completed | September 15, 2008 |
| Parties to Exchange Expert Reports | September 30, 2008 |
| Expert Discovery Completed | October 15, 2008 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | On or before November 14, 2008 |

| | |
|---|---|
| Mediation Must Be Completed | On or before November 28, 2008 |
| Motions in Limine | January 16, 2009 |
| Joint Pretrial Stipulation and Designation of Deposition Excerpts for Trial | January 23, 2009 |
| Submission of Voir Dire Questions and Objections to Deposition Designations | January 30, 2009 |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this ____ of April 2008.

                                                                                              _____
                                                                                              Barry S. Seltzer
                                                                                              United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

Counsel of record

{M2674043;1}                                                      -13-