# EXHIBIT B

Dockets.Justia.com

Case 1:07-cv-21403-JIC   Document 27   Entered on FLSD Docket 11/16/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

INTERNET GAMING ENTERTAINMENT,
LTD., a Foreign Corporation, and IGE U.S. LLC,
a Delaware Corporation,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on November 15, 2007 before the undersigned. Trial in this cause is set for the three-week trial period commencing August 4, 2008. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter.[1] To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties exchange Rule 26(a) Disclosures | January 15, 2008 |
| Joinder of Parties and Amendment of Pleadings | February 29, 2008 |
| Fact Discovery Completed | May 9, 2008 |
| All Expert Discovery Completed | May 23, 2008 |
| Dispositive Pretrial Motions | June 6, 2008 |

---

[1] During the scheduling conference, Plaintiff informed the Court that he anticipates effectuating service upon the foreign corporate defendant by the ordered December 31, 2007 deadline. See Order (DE 9). Defendant IGE U.S. LLC also informed the Court of its October 25, 2007 Motion to Stay and/or Alternative Motion to Dismiss (DE 20) and requested that discovery be stayed pending a ruling on the motion.

and Motions to Exclude or
Limit Expert Testimony

| | |
|---|---|
| Mediation Must Be Completed | July 3, 2008 |
| Motions In Limine | July 18, 2008 |
| Joint Pretrial Stipulation and Designation of Deposition Excerpts for Trial | July 25, 2008 |
| Submission of Voir Dire Questions and Objections to Deposition Designations | Day of Calendar Call (July 31, 2008) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 15th day of November 2007.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

Counsel of record and
unrepresented parties

2