# EXHIBIT F

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

IGE U.S. LLC.,
a Delaware corporation,

        Defendant.
_____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM OF THE CORPORATE REPRESENTATIVE FOR IGE U.S. LLC

**PLEASE TAKE NOTICE** that at 10:00AM, on Wednesday, April 30, 2008, at the offices of The Haggard Law Firm., located at 330 Alhambra Circle, Coral Gables, Florida 33134, Ph. (305) 446-5700, Plaintiff, ANTONIO HERNANDEZ, by and through undersigned counsel and pursuant to Rule 30(b)(6), *Federal Rules of Civil Procedure*, will take the deposition duces tecum and by video of the corporate representative(s) for Defendant, IGE U.S. LLC ("IGE"), with the most knowledge of the specific topics identified in Schedule "A", upon oral examination before Friedman & Lombardi Court Reporters, or some other officer authorized by law to take depositions. This deposition is being taken for discovery purposes, for use as evidence at the trial, or both, pursuant to Federal Rules of Civil Procedure.

## SCHEDULE "A" - TOPICS OF INQUIRY

1. Corporate Representative for IGE with the most knowledge of the Purchase Agreement dated April 5, 2007 between Jonathan Yantis, Sigma Apex, Ltd., Interactive Vertical Technologies Pty. Ltd., Content Holdings, LLC, Atlas Technology Group, Inc. and IGE U.S. LLC (hereinafter the "Purchase Agreement") that was produced in this case.

2. Corporate Representative for IGE with the most knowledge of any and all exhibits, attachments, schedules or other documents referenced in the Purchase Agreement.

3. Corporate Representative for IGE with the most knowledge of any and all drafts of the Purchase Agreement that were drafted, revised or executed after April 5, 2007.

4. Corporate Representative for IGE with the most knowledge of the ownership, maintenance and operation of any and all websites referenced in or related to the Purchase Agreement or any exhibits, attachments, schedules or other documents attached to or referenced in the Purchase Agreement.

5. Corporate Representative for IGE with the most knowledge of any and all of its activities related to the generation, marketing, distribution and/or sale of *World of Warcraft®* gold for real money as alleged in Plaintiff's Amended Class Action Complaint.

6. Corporate Representative for IGE with the most knowledge of any and all revenue generated by IGE related to the generation, marketing, distribution and/or sale of *World of Warcraft®* gold for real money as alleged in Plaintiff's Amended Class Action Complaint.

7. Corporate Representative for IGE with the most knowledge of Blizzard Entertainment's End User License Agreement ("EULA") and Terms of Use Agreement for *World of Warcraft®*, which were attached to Plaintiff's Amended Class Action Complaint as Exhibits "A" and "B."

8. Corporate Representative for IGE with the most knowledge of the facts as alleged in Plaintiff's Amended Class Action Complaint.

9. Corporate Representative for IGE with the most knowledge of any facts IGE relies upon for its Defenses or as contained in its Answer.

2

PLEASE TAKE FURTHER NOTICE that, in connection with the taking of this deposition, Defendant is requested to produce at the time of the taking of this deposition the following documents and/or objects:

1. Any and all documents in your care, custody or control which relate to any of the subject matters set forth above.

2. A complete copy of the Purchase Agreement dated April 5, 2007 between Jonathan Yantis, Sigma Apex, Ltd., Interactive Vertical Technologies Pty. Ltd., Content Holdings, LLC, Atlas Technology Group, Inc. and IGE U.S. LLC, and all exhibits, schedules and attachments to same, or referenced therein.

3

Dated this 11th day of March, 2008.

C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.: 827258
Email: newsome@newsomelaw.com
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282

DONALD E. HAVILAND, JR., ESQUIRE
Pennsylvania Bar No.: 66615
Email: haviland@havilandlaw.com
MICHAEL J. LORUSSO, ESQUIRE
Pennsylvania Bar No.: 203684
Email: lorusso@havilandlaw.com
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Attorneys for Plaintiff,
Antonio Hernandez and the Class

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2008, a copy of the foregoing document is being served on all counsel of record via U.S. Mail and Facsimile:

Scott D. Richburg
C. Ryan Maloney
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32201-0240

Richard S. Davis
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386

C. Richard Newsome
Florida Bar No.: 827258
Newsome Law Firm

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO HERNANDEZ, Individually and )
on behalf of all others similarly situated, )
)
        Plaintiff, )
)
v. )
)
INTERNET GAMING ENTERTAINMENT, LTD., )   Case No. 07-21403-Civ
a foreign corporation, and )
)
IGE U.S. LLC., )
a Delaware corporation, )
)
        Defendants. )
)

## NOTICE OF DEPOSITIONS

To:   Samuel S. Heywood
      Akerman Senterfitt
      One Southeast Third Avenue
      25th Floor
      Miami, Florida 33131

PLEASE TAKE NOTICE, plaintiff, the Antonio Hernandez, will take the depositions of the persons identified below pursuant to the following schedule:

| Name | Date and Time | Place |
| --- | --- | --- |
| Mark Steven Salyer | Thursday, May 1, 2008, 9:00 a.m. | Akerman Senterfitt<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131 |
| Steve Bannon | Friday, May 2, 2008, 9:00 a.m. | Akerman Senterfitt<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131 |

Each deposition shall continue from day to day until completed. The depositions will take place before a notary public, or other person authorized to administer oaths and will be recorded by stenographic and/or sound and visual means.

Dated: April 11, 2008

Respectfully submitted,

Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

CO-LEAD COUNSEL FOR THE PLAINTIFF,
ANTONIO HERNANDEZ

04/09/2008 14:18 FAX 12153924400       The Haviland Law Firm                    ☒005/006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO HERNANDEZ, Individually and  )
on behalf of all others similarly situated,   )
                                              )
                    Plaintiff,                )
                                              )
v.                                            )
                                              )
INTERNET GAMING ENTERTAINMENT, LTD.,)    Case No. 07-21403-Civ
a foreign corporation, and                    )
                                              )
IGE U.S. LLC.,                                )
a Delaware corporation,                       )
                                              )
                    Defendants.               )
                                              )

NOTICE OF DEPOSITIONS

To:   Samuel S. Heywood
      Akerman Senterfitt
      One Southeast Third Avenue
      25th Floor
      Miami, Florida 33131

PLEASE TAKE NOTICE, plaintiff, the Antonio Hernandez, will take the depositions of the persons identified below pursuant to the following schedule:

| Name | Date and Time | Place |
|---|---|---|
| Brock Pierce | Monday, May 5, 2008, 9:00 a.m. | Akerman Senterfitt<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131 |
| Jonathan Yantis | Tuesday, May 6, 2008, 9:00 a.m. | Akerman Senterfitt<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131 |

04/09/2008 14:18 FAX 12153924400        The Haviland Law Firm                    ☒008/008

| Matthew Smith | Wednesday, May 7, 2008, 9:00 a.m. | Akerman Senterfitt<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131 |
| --- | --- | --- |
| Randy Maslow | Thursday, May 8, 2008, 9:00 a.m. | Akerman Senterfitt<br>One Southeast Third Avenue<br>25th Floor<br>Miami, Florida 33131 |

Each deposition shall continue from day to day until completed. The depositions will take place before a notary public, or other person authorized to administer oaths and will be recorded by stenographic and/or sound and visual means.

Dated: April 9, 2008

Respectfully submitted,

Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

CO-LEAD COUNSEL FOR THE PLAINTIFF,
ANTONIO HERNANDEZ