## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 07-21403-Civ-COHN/SNOW

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

IGE U.S. LLC.,
a Delaware corporation,

        Defendant.
_____/

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff, Antonio Hernandez, by and through counsel undersigned, moves this court for a determination, pursuant to Rule 23(c)(1) of the Federal Rules of Civil Procedure, that this action be maintained as a class action for declarator and injunctive relief and damages, for all subscribers of the *World of Warcraft*® similarly situated to the Plaintiff. This Motion is supported by the accompanying Plaintiff's Memorandum in Support of Motion for Class Certification and all of the papers and pleadings on file in this matter, all of which are incorporated herein by this reference.

Respectfully submitted this 19th day of May, 2008,

                              s/ Donald E. Haviland, Jr.
                              DONALD E. HAVILAND, JR., ESQUIRE
                              Pennsylvania Bar No.: 66615
                              Email: haviland@havilandlaw.com
                              MICHAEL J. LORUSSO, ESQUIRE
                              Pennsylvania Bar No.: 203684
                              Email: lorusso@havilandlaw.com

The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

C. RICHARD NEWSOME, ESQUIRE
Florida Bar No.: 827258
Email: newsome@newsomelaw.com
ANDREW F. KNOPF, ESQUIRE
Florida Bar No.: 658871
Email: knopf@newsomelaw.com
Newsome Law Firm
20 N. Orange Ave., Suite 800
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282

CO-LEAD COUNSEL FOR THE PLAINTIFF,
ANTONIO HERNANDEZ, AND THE CLASS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 19th day of May, 2008, with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to:

James M. Miller
Akerman Senterfitt
1 SE 3rd Avenue, Floor 28
Miami, FL 33131-1715

s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Pennsylvania Bar No.: 66615
The Haviland Law Firm, LLC