UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 07-21403-CIV-COHN/SELTZER

**ANTONIO HERNANDEZ,**
Individually and on behalf of all
others similarly situated,

        Plaintiff,

   v.

**IGE U.S. LLC,**
a Delaware corporation,

        Defendant.
_____/

**DEFENDANT IGE U.S. LLC'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

      Defendant IGE U.S. LLC ("IGE U.S.") respectfully requests a ten-day (10) enlargement of time to respond to the Motion for Class Certification and companion Memorandum of Law filed by Plaintiff Antonio Hernandez ("Hernandez"), up to and including June 13, 2008. In support of this unopposed motion, IGE U.S. states as follows:

      1.     On May 19, 2008, Hernandez filed his Motion for Class Certification along with an accompanying 28-page Memorandum of Law in support thereof (together, "the Motion for Class Certification"). The Motion for Class Certification seeks to certify a nationwide class allegedly comprising some two million individuals who purchased the online video game "World of Warcraft" since November 2004. The Motion for Class Certification argues, among other things, that certification is proper pursuant to each prong of Federal Rule of Civil Procedure 23(b).

{M2689826;1}

2. Pursuant to Local Rule 7.1(C)(1)(a), IGE U.S. calculates that its response to the Motion to for Class Certification is due on or about June 3, 2008.

3. IGE U.S. and Hernandez recently agreed that the deposition of the putative class representative, Mr. Hernandez, will take place on June 6, 2008.

4. In light of the complexity of the issues raised by the Motion for Class Certification, undersigned counsel's travel plans, and the upcoming deposition of Hernandez (which deposition will likely impact some of the content of IGE U.S.'s response), IGE U.S. hereby requests a modest extension of time to respond to the Motion for Class Certification, up to and including June 13, 2008.

5. Counsel for Hernandez does not oppose the relief requested herein.

6. This motion is filed in good faith and not for the purposes of delay.

WHEREFORE, Defendant IGE U.S. LLC respectfully requests an enlargement of time to respond to Plaintiff's Motion for Class Certification and accompanying Memorandum of Law, up to and including June 13, 2008.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3

Pursuant to Local Rule 7.1.A.3, undersigned counsel for IGE U.S. certifies that it has contacted Plaintiff's counsel, Don Haviland, to confer in a good faith effort to resolve the issues raised by this motion, and that Mr. Haviland stated that he does not oppose the relief requested herein.

Dated: May 30, 2008

                Respectfully submitted,

                **AKERMAN SENTERFITT**
                One S.E. 3rd Avenue, 25th Floor
                Miami, FL 33131-1714
                Phone:    (305) 374-5600
                Fax:       (305) 374-5095
                Email:    james.miller@akerman.com

                By: /s/ Samuel S. Heywood
                    James M. Miller, Esq.
                    Florida Bar Number: 201308
                    Samuel S. Heywood, Esq.
                    Florida Bar Number: 0016604

                  *Attorneys for Defendant IGE U.S. LLC*

## CERTIFICATE OF SERVICE

**I hereby certify** that true and accurate copies of the foregoing was served by using the Southern District of Florida's CM/ECF system on May 30, 2008, on all counsel or parties of record on the attached service list.

                By: /s/ Samuel S. Heywood
                    Samuel S. Heywood, Esq.

# SERVICE LIST

*Hernandez v. IGE U.S. LLC*, Case No. 07-21403-CIV (COHN/SELTZER)

| | |
|---|---|
| C. Richard Newsome<br>newsome@newsomelaw.com<br>**NEWSOME LAW FIRM**<br>20 North Orange Avenue<br>Suite 800<br>Orlando, Florida 32801<br>Tel. (407) 648-5977<br>Fax (407) 648-5252<br><br>Donald E. Haviland, Jr.<br>haviland@havilandlaw.com<br>**THE HAVILAND LAW FIRM, LLC**<br>740 South Third Street, 3rd Floor<br>Philadelphia, Pennsylvania 19147<br>Tel. (215) 609-4661<br>Fax (215) 392-4400<br><br>*Attorneys for Plaintiff Antonio Hernandez* | James M. Miller, Esq.<br>james.miller@akerman.com<br>Samuel S. Heywood<br>samuel.heywood@akerman.com<br>**AKERMAN SENTERFITT**<br>One S.E. 3rd Avenue, 25th Floor<br>Miami, FL 33131-1714<br>Tel. (305) 374-5600<br>Fax (305) 374-5095<br><br><br><br><br><br><br>*Attorneys for Defendant IGE U.S. LLC* |