# EXHIBIT A

Web   Images   Maps   News   Shopping   Gmail   more ▼                                              Sign in

Google

| world of warcraft gold | Search | Advanced Search |
|---|---|---|
| | | Preferences |

**Web**                Results **1 - 10** of about **6,300,000** for **world of warcraft gold**. (**0.16** seconds)

Cheap WOW **Gold** $5/1000
www.WoWMine.com    As Low As $5/1000 WoW **Gold!** <5 Sponsored Link
Minute Delivery, US/EU On Sale

Buy Cheap WoW **Gold**,**world of warcraft gold** - wowgoldlive.com

Buy Cheap WoW **Gold**, **World of Warcraft Gold**, Please look here! We are a Great MMORPG company. wow money and wow items,which is very cheap.
www.wowgoldlive.com/ - 31k - Cached - Similar pages

Buy wow **gold**|Buy **world of warcraft gold**|ffxi gil|eve online|aoc ...

Wow **Gold** Store Welcome you! Whether you are looking for wow **gold**, Age of Conan,aoc **gold**, ffxi gil, eq plat or any other game currency or accounts, ...
www.wowgoldvip.com/ - 51k - Cached - Similar pages

FFXI Gil , **World of Warcraft Gold** , Wow **Gold** , Buy Wow **Gold** ...

Wow **gold**,cheap wow **gold**,**World of Warcraft gold** is a massively multiplayer online role-playing game (MMORPG). In wow **gold**(**World of Warcraft gold**), wow **gold** ...
www.power4game.com/ - Similar pages

Cheap WoW **Gold** & buy WoW **Gold** & cheap **world of warcraft gold** ...

buy Cheap wow **gold** (cheap **world of warcraft gold**) in www.gamelee.com ,Our wow **gold** service is trustable and reliable.
www.gamelee.com/ - 27k - Cached - Similar pages

**World of warcraft Gold**,WOW **Gold**

Cheap **world of warcraft gold** WOW **Gold** for sale,lowest price **gold** for wow,as low as $9.8/1000 **Gold**.Buy **world of warcraft gold** WOW **Gold** here.
www.**world-warcraft-gold**.org/ - 17k - Cached - Similar pages

Cheap WoW **gold**,WoW power leveling,**World of Warcraft gold** ...

We offers wow **gold** for Cheap,WoW power leveling,Buy **World of Warcraft gold**,FFXI Gil,WoW powerleveling services,which will help you make more wow **gold** fast ...
www.comegames.com/ - 22k - Cached - Similar pages

wow **gold** & wow power leveling of **world of warcraft gold**

Wow **Gold**!All US Server 1$/1000G on sell! cheap Wow **Gold**,

Sponsored Links

**World Of WOW Craft Gold**
Buy The Cheapest W0W **Gold**. Special
Offer Today! $1/1000G. 10% Free
wow.VCSale.com/**warcraft**
Florida

WOW **Gold** $0.01/100g
WOW **Gold** $0.01/ 100g is Here,
Secured, Cheap & Legal. Buy Now!
www.MMOGap.com/Secured_WoW_**Gold**
Florida

W0W **Gold** & Accounts
Lowest Price $4/1200 W0W **Gold** ! <5M
Delivery,1060032949G Delivered .
www.THSale.com
Florida

Game **Gold** - Full Stock
Amazingly Low Price Guaranteed!
Instant Delivery, 24/7 Live Support
www.Wow**Gold**-Usa.com
Florida

Fast W0W **Gold** Site
Economy & fast, Admitted 100%
Instant Delivery, Live Chat 24/7
www.SseGames.com

Cheap W0W **Gold**
10000000G in stock , 5mins delivery
10000k orders done ! 1st Choice .
www.brogame.com/cheap-wow-**gold**
Florida

Cheapest WOW **Gold** Store
WOW **Gold** $0.01/ 100g is Here
Secured, Cheap & Legal. Buy Now!
www.Game4Power.com/Secured_WoW_**Gold**
Florida

W0W **Gold** & Power Level ®
Find A Cheaper Price?
We will give you 10% cheaper !
www.OforU.com/Cheap_W0W_**Gold**
Florida

More Sponsored Links »

Wow Power Leveling With **World of Warcraft Gold** & **World of Warcraft** Powerleveling buy WoW **Gold ...**
www.wowpowerleveling-wow.com/ - 49k -
Cached - Similar pages

**Buy wow gold, Cheap wow gold,Cheap world of warcraft gold-Gogoer.com**
Wow **Gold** Store Welcome you! Look here to Buy WoW **Gold**, Cheap WoW **Gold**, Buy cheap **world of warcraft gold**, Power Leveling, Wow **Gold** on Sale with Fast Instant **...**
www.gogoer.com/ - 53k - Cached - Similar pages

**Buy Cheap World of Warcraft Gold - WOW Gold Price List®**
Top **gold** sellers listed showing who has the cheapest place to buy **world of warcraft gold**. Never over pay for your **world of warcraft gold** again.
www.**world-of-warcraft-gold**.com/ - 51k - Cached - Similar pages

**Buy WoW Gold | Cheap World of Warcraft Gold - www.fcsgame.com**
Buy WoW **Gold**, cheap **world of warcraft gold**, buy **gold warcraft world**? We sell **World of Warcraft Gold**, Cheap WoW **Gold**! -- www.fcsgame.com.
www.fcsgame.com/ - 32k - Cached - Similar pages

Searches related to: **world of warcraft gold**

| world of warcraft gold **review** | world of warcraft **easy gold** | world of warcraft gold **cheats** | world of warcraft **hacks** |
| world of warcraft **leveling guide** | **peons4hire** | **mmoinn** | **game4power** |

**1** 2 3 4 5 6 7 8 9 10    **Next**

world of warcraft gold    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web　Images　Maps　News　Shopping　Gmail　more ▼　　　　　　　　　　　　　　　　Sign in

Google

[world of warcraft gold] [Search] Advanced Search / Preferences

**Web**　　　　　　Results **11 - 20** of about **6,300,000** for **world** of **warcraft gold**. (**0.15** seconds)

### WoW Gold,World of Warcraft Gold,buy cheapest wow gold,wow gold for ...
Welcome to www.mygamesale.com . We are a **world** class wow **gold** store online. We supply cheap wow **gold**, the cheapest wow **gold** to our loyal and reliable ...
www.mygamesale.com/ - 31k - Cached - Similar pages

### WOW Gold, Cheap WOW Gold, World of Warcraft Gold
We provide all WOW **Gold** services. You can buy WOW **Gold**, Cheap WOW **Gold** here. We provide Cheap WOW **Gold** to each loyal and reliable customer.
wow.igxe.com/ - 33k - Cached - Similar pages

### BroGame! (World of Warcraft Gold, WOW Powerleveling,FFXI GIL, EQ1 ...
**World of Warcraft Gold**, SWG credit, Guild Wars **Gold**! BroGame always deliver 24 hours a day, and within less than 45 minutes from the time you ordered!
brogame.com/Cheap.001.Final_Fantasy_XI.aspx - 43k - Cached - Similar pages

### wow gold, buy wow gold, cheap wow gold, world of warcraft gold ...
wow **gold**, cheap wow **gold**, buy wow **gold**, **gold** wow, buy **gold** wow, cheap **gold** wow, **world of warcraft gold**, buy **world of warcraft gold**, cheap **world of warcraft** ...
goleveling.com/ - 29k - Cached - Similar pages

### world of warcraft gold,buy world of warcraft gold,cheap wow gold
buy **world of warcraft gold** here, we sell cheap **world of warcraft gold**. All kinds of **world of warcraft** news and **world of warcraft** videos here .
www.wowmoney.eu/ - 54k - Cached - Similar pages

### WOW Gold & World of Warcraft Gold
WOW **Gold** & **World of Warcraft Gold**. We provide all WOW servers, and deliver WOW **Gold** in a short time. Cheap **World of Warcraft Gold** to each loyal and reliable ...
www.igxe.com/ - 47k - Cached - Similar pages

### wow gold, world of warcraft gold, cheap wow gold, buy wow gold ...
wow **gold**, **world of warcraft gold**, cheap wow **gold**, buy wow **gold**, wow power leveling, **world of warcraft** power leveling, **warcraft gold**, **warcraft** power leveling ...
veryge.com/ - 31k - Cached - Similar pages

### World of Warcraft Gold, Buy World of Warcraft Gold, Cheap World of ...
Quper.com supply Cheap **World of Warcraft Gold** to our loyal customers. Buy **World of**

---

**Sponsored Links**

**W0W Gold & Power Level ®**
Find A Cheaper Price?
We will give you 10% cheaper !
www.OforU.com/Cheap_W0W_Gold
Florida

**W0W Gold Store**
$29/1000 **Gold** & Instant Delivery
24/7 Live Support, Get it Now!
ItemRate.com
Florida

**Buy Fast Cheap W0W Gold ®**
Thousands of Suppliers,lowest price
Instant Delivery, 24/7 Live Support
www.MyGameStock.com/
Florida

**Cheap W0W Gold $5/1000G**
That's Right 1000 W0W **Gold** For $5
Fast, Cheap & Legal. Try Us Now!
www.GdpChina.com

**US W0W Gold For $5/1000G**
1-12 Hours Delivery. Legal W0W **Gold**
PayPal's TOP10 Partner, Buy it Now!
www.Power-level.net

**Buy W0W Gold 4.5$/1000G**
Bottom prices & <5Mins Delivery .
100% safe , No waiting, Order now !
www.Eing.com/WOW_Gold_Stock
Florida

**W0W Gold - Safe & Fast**
Rank 1 MMORPG Support Site,
Our Services are Way Better
MMOSPa.com/WoW_Gold
Florida

**World of W0W Gold**
All server $15/1000G + 10%Free **Gold**
W0W **Gold** Safe delivery 100%
www.DgameSky.com

**Warcraft Gold** now, we have available stock of **World of Warcraft Gold** on ...
www.quper.com/ - 18k - Cached - Similar pages

### WOW **Gold**, Cheap **Warcraft Gold** For US/EU Server, **World Of Warcraft** ...
welcome to **world of warcraft gold** store, we supply the cheap wow **gold**, fast and secure wow powerleveling service. You can buy WoW **Gold** Google Checkout and ...
www.**world**of**warcraft**2.co.uk/ - 37k - Cached - Similar pages

### Buy WOW **Gold**, Buy **Gold** WOW,cheap wow **gold** - MMOGCART.com
wow **gold**,cheap wow **gold**,Buy WOW **Gold**,**world of warcraft gold**...we are professional wow **gold** store on line. we provide cheap wow **gold** to each loyal and ...
www.mmogcart.com/ - 32k - Cached - Similar pages

Searches related to: **world of warcraft gold**

| | | | |
|---|---|---|---|
| world of warcraft gold review | world of warcraft easy gold | world of warcraft gold cheats | world of warcraft hacks |
| world of warcraft leveling guide | peons4hire | mmoinn | game4power |

**Previous** 1 2 3 4 5 6 7 8 9 10 11    **Next**

---

world of warcraft gold       [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▼                                Sign in

# Google

| world of warcraft gold | Search | Advanced Search |
| | | Preferences |

**Web**                    Results **21 - 30** of about **6,300,000** for **world of warcraft gold**. (**0.11** seconds)

**topgamerclub,WoW Gold,Buy WoW Gold,World of Warcraft Gold,WoW ...**                                    Sponsored Links
topgamerclub trades **World of Warcraft Gold**,WOW **Gold**, FFXI Gil,
EQ2 Plat, Guild Wars **gold**, Dungeons and Dragons Online **gold**,              **World** of W0W **Gold**
Archlord **Gold**,KAL Online **Gold** ...                                          All server $15/1000G + 10%Free **Gold**
www.topgamerclub.com/ - 26k - Cached - Similar pages                               W0W **Gold** Safe delivery 100%
                                                                                   www.DgameSky.com
**Buy WoW Gold,WoW Powerleveling,FFXI Gil,Runescape
Gold,MapleStory ...**                                                              **Buy Gold** from the USA
Buy WoW **Gold**,WoW Powerleveling,FFXI Gil,Runescape                              Secure Delivery from Pro US Gamers
**Gold**,MapleStory Mesos,LOTRO **Gold** WoW **Gold**,Buy WoW                      Dedicated Customer Support 24/7
**Gold**,**World of Warcraft Gold**,WoW Powerleveling,FFXI Gil ...                 www.MOGS.com
www.usfine.com/ - 36k - Cached - Similar pages
                                                                                   Same W0W **Gold** WHY Us?
**itemrate!world of warcraft gold**                                                Cheaper Forever, Instant Delivery
itemrate!Full Stock Speedy **world of warcraft gold** Delivery,24/7 Top            Ebay 12,000+ Seller, 8.3 CS Rating!
Service Support.**world of warcraft gold**...                                      www.SwagVault.com
itemrate.com/**world-of-warcraft-gold**.aspx - 7k -                                Florida
Cached - Similar pages
                                                                                   **World** Of W arcraft **Gold**
    **wow gold|buy wow gold & ItemRate-Professional            Where is faster, cheaper **gold**?
    MMORPG Services**                                          Yes, here. WGS 24/7 delivery!
    Wow **gold**,Buy wow **Gold**,**World of warcraft gold**.We are   www.WithGames.com
    professional wow **gold** store on line. We provide cheap wow
    **gold** to each loyal and reliable customer, ...         **Buy** Cheap WOW **Gold** $0.015
    itemrate.com/AccountGameSelect.aspx - 22k -                FAST 1050 **gold** =$15, 5250 **gold** =$79
    Cached - Similar pages                                     5%Bunos & 40%Off, 24/7 Live Support
    More results from itemrate.com »                           www.Lorland.Com/us/wow/**gold**
                                                                                   Florida
**wow gold,wow power leveling world of warcraft gold
service online**                                                                   **Buy** WorldOfWarcraft **Gold**
wow **gold**,wow power leveling-Legit wow **gold** for 1 cent/100g.                Get Rich in WorldOfWarcraft Now.
Secured, Cheap & Legal. Buy Now!We supply the cheapest wow power                   24/7 Live Help, Fast, Cheap & Safe!
leveling Service Online,with ...                                                   www.GameGoody.com
www.powerleveling-wow**gold**.com/ - 45k - Cached - Similar pages
                                                                                   Cheap Warcraftus **Gold**
**Wow Gold, World of Warcraft Gold, Wow Gold                                       From $13.2/ 1000G, No Cheat!
eu,www.euwowgold.com**                                                             100% True Price, 24/7 Live Help
Cheap & Safe & Fast & Reliable **World of Warcraft** (WOW) **Gold** , All          www.Elygame.com
in Euwowgold.com. Instant Delivery, 24/7 Service.                                  Florida
www.euwow**gold**.com/ - 14k - Cached - Similar pages
                                                                                   Alliance/Horde **Gold** Sale
**wow gold | world of warcraft gold | cheap wow gold |                             Quality Service Provided From
cheap world ...**                                                                  English Speaking Pro-Gamers. 24/7
wow **gold** service!looking for cheap wow **gold** or **world of warcraft**       www.mogmine.com
**gold**?come to our cheap **world of warcraft gold** site,you could find you
want on here,we ...
www.toppowerlevel.net/buy.php - 24k - Cached - Similar pages

### World of Warcraft Gold Guides | Make WoW Gold 10 Times Faster
Have you ever wondered how other **World of Warcraft** players get so much **gold**? How are the most experienced players able to increase their in-game wealth so ...
www.**gold-world-of-warcraft**.com/ - 23k - Cached - Similar pages

### Cheap WoW Gold - Buy World of Warcraft Gold, Accounts & Powerleveling
Looking to buy cheap WoW **Gold**? RPG Trader provides instant **World of Warcraft gold**, accounts & powerleveling for sale. Guaranteed 100% satisfaction on all ...
www.rpg-trader.com/**world_of_warcraft**/1.php - 8k - Cached - Similar pages

### World of Warcraft Gold | Buy WoW Gold | Warcraft Gold
Cheap **World of Warcraft gold** is here! You can buy WoW **Gold** Google Checkout and cheap WoW **Gold** with Paypal, Credit Card, E-**gold**.
www.wowatm.com/ - 31k - Cached - Similar pages

Searches related to: **world of warcraft gold**

| | | | |
|---|---|---|---|
| world of warcraft gold review | world of warcraft **easy** gold | world of warcraft gold cheats | world of warcraft hacks |
| world of warcraft leveling guide | **peons4hire** | **mmoinn** | **game4power** |

Previous 1 2 3 4 5 6 7 8 9 10 11 12    Next

---

world of warcraft gold    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google