# EXHIBIT B

DENVER, 7:16 AM, THU JUN 12 | 49 POSTS IN THE LAST 24 HOURS | tips@kotaku.com | SUBMIT A TIP |

GOSSIP, NEWS AND LEAKS FOR OBSESSIVE GAMERS.
Guitar Hero Branded DS Announced

MORE TOP STORIES »

GOLD FARMING



Steve at PlayNoEvil has some interesting analysis up on the current state of gold farming in MMORPGs (though he does admit that since hard stats are difficult to come by, "any analysis is more akin to reading tea leaves"); using data provided by mmobux, he looks at the pricing trends to try and divine what might be going on in the wild world of selling gold:

> If anti-gold farming initiatives were effective, gold prices should go up as the cost of business increases for gold farmers. (NOTE: This assumes that demand is fairly constant. If game companies could actually convince their players not to buy gold, than prices would drop with a glut of gold on

the market and no one to buy it. I've not been able to get volume data from any gold sellers, but my sense is that their customers are not going away.)

The answer seems to be a stalemate, more or less — something we can look forward to for years to come?

The Gold Farming War - Who's winning? [PlayNoEvil]

## COMMENTS

### moe84 at 12:45 PM on 04/19/08

lol "buying" gold in any game, for real life currency. So you can have that certain item, mount or w/e is just ridiculous.
At least from a WoW prospective, wait a week, farm during that week the amount needed. And buy what you want that way. Save your self 500 dollars.

### MasterOfPastures at 12:48 PM on 04/19/08

"I traffic drugs"

"I traffic people"

"I traffic organs!"

"I traffic MMO gold"
"YOU SON OF A BITCH!"

### Nobuyuki at 12:55 PM on 04/19/08

Considering this was an issue back when I was playing UO (albeit with ebay and not more organized fronts) I'd say this is an issue we're not gonna be rid of any time soon.

### RTW at 12:58 PM on 04/19/08

@moe84:

The whole point of the people buying the gold, is so they don't have to "farm", or 'grind' or whatever with their time. Instead, they can be working a job that pays them money, and then use that money for some fake internet currency.

I played WoW a long time ago, and I thought back then, and still think now that buying gold is stupid. But I also think that having to "farm" or 'grind' for in-game currency is also stupid.

Also, instead of buying that MMO gold, why don't people use their money to fund a real-world cause, cause if you got money to burn on MMO currency, then you are one sad motherfucker.

### Talleyrand at **12:59 PM on 04/19/08**

In-game currency does not cost 500 real world dollars, and some people prefer to not waste a week's worth of time grinding to get an item they want. Those people probably have jobs, kids, a wife that nags them to get off the computer, etc. I think I understand the industry (or some of it anyway).

That being said though, the conditions that these virtual farmers live in to get those people that gold is appalling and shouldn't be supported. Not to mention, anybody that buys gold and therefore items that give them a competitive advantage instantly lose my respect, no matter what the circumstances.

### SonOfVoorhees at **01:05 PM on 04/19/08**

I say let people do what they want with there money and with the game they are paying for. Its up to them at the end of the day. After all they can only buy stuff at there level anyway so all it stops them doing spending a week grinding when they could actully be enjoying the game.

### Foxstar Sixtail at **02:00 PM on 04/19/08**

Gold farming will always be around as long as their are lazy lazy mofos who refuse to farm to earn the gold



they want.

As for people claiming it's alright, no, no it's not. Farming is a time sink that's in every single MMORPG known to man. If you don't like farming in order to get your stuff then play a offline MMO, supporting RMT's effects everyone who has no issues with spending a few hours every few days to bring in income.

The only MMO that will beat the goldfarmers is one with uses no gold or money system what so ever.

**Lockenator** at **02:06 PM on 04/19/08**

Divine?

**cybereal** at **02:08 PM on 04/19/08**

RMT, Gold Farming, whatever you want to call it, is not a problem. The problem is the broken games. With the exception of farmers who use cheats to obtain their currency (surely, this is done rather often I admit) there should be no complaints from other players about the behavior. Let me explain:

A game like an MMO is a world of rules. There is nothing you can do in this world that is not governed by some kind of rule or another, that is a simple fact of software. If someone can do something in this world



that negatively impacts the game as a whole, whether it be griefing, exploits, or RMT, it is a flaw in the game's design.

The other side of the story is that with too many rules, a game is less fun for many people. Some people thrive on rules, the more the better, as that gives them a straighter path to follow or a bigger challenge to exploit. The fact of the matter here is, though, that any of these MMO's could stop any negative influence of gold farmers. If it's economy impact, they can set rules (wow already has some in place with the binding system) that reduce or eliminate its impact.

So the moral of the story is, as long as the farmers aren't cheating, they are simply playing the game, within its well defined rules. They can't have any more impact on the game than the game allows. They aren't doing anything any other person couldn't do freely of their own will. The only difference is that they have an outside motivation. That shouldn't matter. If it matters, if the game is designed to work only if humans act in an expected way, then the game is broken.

At the end of the day you really need to evaluate why this subject works you up. Is it jealousy? You're angry that someone beat you in a PvP tournament because



third world countries (see aside), I don't see the problem with buying gold for a game like WoW.

Gold in WoW gives you a negligible competitive advantage at best. The most powerful gear cannot be purchased through gold. At best, purchased gold allows you to gain quicker access to a mount and easy access to consumables. Perhaps the same cannot be said of other MMOs. But for WoW? Who cares.

(Aside: If you do genuinely care for the working conditions of *gold farmers*, who have only to sit in front of a computer to earn their probably rather meager income, I seriously hope that you're not wearing any clothing or using products produced in third world countries. You do realize that the working conditions involved in creating much of the clothing for first world countries are far, far worse than what's put upon gold farmers, yes?)

### iwanttobeasleep at **02:36 PM on 04/19/08**

The real problem with "gold farming" is the amount of companies who don't farm, but hack accounts and launder gold from them.

### JoRo1986 at **02:55 PM on 04/19/08**

Silkroad Online has gotten so bad with gold bots, the

servers are constantly crowded with bots, and you have no chance of logging in unless it's a small 2 hour timeframe late at night. It's just ridiculous. Doesn't really help that SRO has no customer service.

### verrius at 02:59 PM on 04/19/08

RMT, unlike gold farming, is built into the system. The game is designed (hopefully well) to accommodate them.

Gold farming, however, breaks the game and often destroys the economy, making normal trading in game nearly impossible, and causing insane inflation that hurts players who refuse to pay real world cash for their items (and, upon joining the world, did not believe they would have to). Then there's the harassment caused by them, to the point that in some games (such as Lineage 2), it is significantly more difficult to acquire certain gear, because the gold farmers are monopolizing the source.

### gblock at 03:24 PM on 04/19/08

I've bought gold on many more than one occasion.

- Big raid later that day, but no time to scavenge for pots or grind.
- Kitting out through the first levels; sure, I could try

and keep stockpiles of stuff around for the inevitable alts, but bank management is enough of a pain in the arse. Easiest to just buy gold and hit the auction house.
- Hard-to-find or pain-in-the-arse-to-gather mats...

I trade money for time all the time in my daily life. If I can't use money to buy off grind time, what the hell is money for?

It's not like I'm missing out on a deep and meaningful experience by not killing that 1,000,000 murlocs.

### gblock at 03:26 PM on 04/19/08

And before everyone screams "You ruined my economy, you pinko commie chinese-gold-farmer-lover", I call bollocks. Buying a few hundred gold three or four times in three or four years just isn't a game balance issue.

I'll put a hand up and say that I think buying gold ought to be a core feature in these games. Think of it as a nice counterbalance to all the bloody 13 year olds with way too much time on their hands.

### crackkills at 03:49 PM on 04/19/08

i bought gold when I first started playing WOW. A couple hundred gold got me a mount, guild, gear and outfitted the half a dozen other people i got started



with some funds to get started. All in all, id say it was money well spent :)

### Gorman at 04:31 PM on 04/19/08

If you cant beat them, legalize them

### Xorrel at 04:43 PM on 04/19/08

@iwanttobeasleep:

people should be paying more attention to what you said. Keyloggers, account hacking, guild bank looting by outsiders are all funded by gold-buyers.

### Sesmu at 05:00 PM on 04/19/08

@Xorrel:

That statement is about as flimsy as the "buying pot supports terrorism" argument. Buying gold isn't a crime, it's a stress reliever. Besides WoW makes it ridiculously easy to get money now anyway.

### dechire at 05:10 PM on 04/19/08

in all honestly you cannot trust the prices of the gold via their website, gold farmer companies have committed so much fraudulent bullshit its impossible to get a good sense of what efforts are working and what efforts are not. if you really want to know what effect

preventative measures look at the spam in game, look at the numbers of hacks, stolen accounts and the like as the farmers get desperate to try and regain lost ground.

Also the last time you purchased gold did they offer you more if you waited? this typically means they are running low on stock but don't want to lose their income or possible sale.

the truth is until the public stop purchasing the gold this is never going to go away. just like drugs.

### rainmkr at 05:23 PM on 04/19/08

I've bought gold in the past simply due to time. As others have mentioned it was worth it to save time, get in game junk such as mounts, so I could navigate the game easier.

Just like when my friend buys weed or coke, and that cash funnels back to some cartel that sets people on fire or caps DEA agents on the border... I know my purchase goes to some "communist" regime in China that only serves to keep things status quo.

OH WELL.

### Hiroken at 05:42 PM on 04/19/08

Anybody who says "well they do it so they don't have to grind" shouldn't be playing the fucking game if they don't have time to PLAY it. End of story.

I play FFXI and am a 6th grade teacher. I have NO time, but I STILL make my own goddamn gil.

### Hiroken at **05:43 PM on 04/19/08**

@rainmkr: MAybe you should start doing coke. A lot of it. Like...too much at once. See where this is going?

### Spiderbait at **07:30 PM on 04/19/08**

This problem isn't going to go away for the simple reasons that we have been taught that we can buy what we need from someone else. I'm not talking in the "The corporations are all making us consumer-whores, slaves to their products so they can control us!" I'm talking in the age old way of bartering, which I happen to think is the more civilized part of humanities problem solving capabilities with the other of course being simply stealing the stuff from your neighbors. Bartering has been around probably as long as human civilization and it simply means that one individual will exchange something the latter individual wants from something that the first mentioned wants, in this case money-gold.



The only way that they could shut down the gold farmers is if they made their own gold farming business (which I completely support).

Remember, one of the reasons Rome managed to become so large, great and successful is that they tolerated most things like different religions and prostitution, they just taxed it.

### eastx at 07:33 PM on 04/19/08

@Spiderbait: They could also reduce the need for grinding, which would give the farmers less of a market.

### Volturi at 07:44 PM on 04/19/08

I think it would also depend on what game you're looking at ... different companies take far different measures to get farmers out of their system.

Unfortunately gold farmers are the seedy underbelly of any online game. Similarly the black market for goods in the real world will never be fully eradicated. There's a portion of the population who has no problem dealing with them; there's a portion of the population who has no idea they exist; and there's a portion of the population that would rather not deal with them.

