Also... the prices for Guild Wars are a little misleading in the article-- they list them per 50,000 gold, but the starting increment is 100,000 in any shop you'd buy from.

**uppitycracker** at **08:59 PM on 04/19/08**

@cybereal: Okay, so based on what your saying, the desire that some lazy people have to purchase fake currency from some sweatshop in china is a flaw in the games design? Not every game can cater to the need of every player, in fact find me one in the next 90 years that does this and i'll be amazed. That said, making any in game currency easier to obtain completely destroys the possibility of a stable in game economy, thus taking a large portion of the game away. And its no flaw of the game itself, its more like a flaw of human nature.

Now, another point I have to make, is that these companies dont just get this gold by using some farm bot for hours and hours and hours. A LOT of this in game currency tends to come from accounts that get keylogged. Ever hear of a buddy in wow getting all his stuff sold, and maybe his character transferred, then used to farm more gold? It happens more than you'd think. And its EXACTLY why this can be a much bigger issue than most people take time to think about.

**cowondinosaur** at **09:10 PM on 04/19/08**

@SonOfVoorhees:

That would only be valid if you were playing a single player game. Your actions in an MMO affect the gameplay experience of those around you, especially when buying gold.

Look at it this way; just because you buy a ticket for a movie doesn't mean you have the right to yell and boo loudly. Likewise just because you pay a monthly or hourly fee (as do the Chinese in WoW) doesn't mean you have the right to help unbalance the economy and circumvent game mechanics (higher level gear is balanced by the inherent amount of in-game work required to attain them, no work = no balance).

Or you can think of it in another game genre. Say you paid for CoD4 and so did some other guy. The other guy however copied some files and presto, he's now gunning you down with a .50 cal and you're shooting back with an M16. Both of you have only been playing for a day or two. He's circumventing game mechanics as are gold buyers.

You're playing with other people. Play by the rules or find another game with rules more suited to you.

### gblock at 09:10 PM on 04/19/08

I'd love to see some backup on the claim that

"Keyloggers, account hacking, guild bank looting by outsiders are all funded by gold-buyers."

Keyloggers != gold farmers.
Account hacking != gold farmers.
Guild bank looting != gold farmers.

Why the hell do we have to demonize the gold farmers? What is it with us that makes us do this? I don't want to buy stolen gold, and I don't particularly like paying for someone to hack people's accounts - but what, exactly, is so evil about being a gold farmer that we have to talk about them like they're subhuman grunts without souls and compare them to common criminals?

And where *is* the love.

### arstal at 09:19 PM on 04/19/08

RMT is always going to be a problem with a game genre that has a fatal flaw of making someone do something unfun, to do something fun.

MMO's have two options

a) Make the grinding fun



b) Reduce grinding

Otherwise- same thing will happen in every game.

### UmeShoryu at **10:07 PM on 04/19/08**

Why should people have to spend hours working in-game to earn something that's considered "fake" currency? As others like to label it.

It's all a perception of value when it comes to MMO currency.

I had experiences wih RMT when I played, I just dealt with it and moved on. I learned a long time ago gold farming will never end so why dwell on it?

Ultimately, you can't tell people how to spend THEIR money. Would you like it if random people on the net start telling you what to do with your money?

### eastx at **10:54 PM on 04/19/08**

@UmeShoryu: That's like saying that we can't tell people not to buy illegal drugs or human slaves. You're totally overlooking the effects of gold-farming on the game world's economy and balance.

### red at **10:59 PM on 04/19/08**

simple fix for this:

introduce an official system for exchanging real money for game money.

job done. its regulated so no scamming. goldfarmers and their excesses are out of business instantly, or marginalised and easy to bust as are their customers.

theres nothing inherently wrong with the concept of buying game currency. its an exact analogue for real currency - it represents the time you invested making it with your labour, which you exchange for other goods and services made with other peoples to save you, for example, having to farm your food, build a car, wrangle your own internet connection from the telecoms. you may not have the time or just not the inclination to spend TIME making game currency so you pay real money to get it provided to you. mmo's are not like other games. theres a temporal element. it takes time to get stuff and all the while other people are getting it alongside you and may want you to get it etc.

the problem - the problem that is, not the whining of teenagers with too much time who dont like seeing other people unable to invest 16 hours a day owing to having lives and jobs having as much game currency as themselves - the problem is the farmers and the effect



their presence has.

its not their fault though, theyre just providing a service for which people will pay. so the answer is to take that opportunity away from them, legalise it. gold buyers money goes straight to the developer, farmers no longer have a market, scamming doesnt happen.

the whining teenagers wont like it, theyd like it if everyone was forced to invest the time because they feel like tools for wasting their lives on it otherwise. hardly a realistic approach though, unless you want to rethink the entire mmo item-currency model, perhaps into some sort of communist principle where youre simply handed the tools needed for the next fight at the door into it, then theyre taken away when you exit, while everyone walks around in coal sacks.

ps. eve online, which i play, regulates currency buying. if you want game currency you buy a game time code with real money from an official retailer (who just resell them from the developers all at the same price) and then sell it via official mechanisms to players ingame, for game currency. the seller receives game currency, the buyer receives a game time code they use to play for another 1-3 months, and the real money goes to the game developers.



it balances things out, since via this method those teenagers who play all day can actually finance their subscription fee entirely with the currency they make ingame by buying game time codes. their time becomes game currency, which is effectively bought by those with real currency - which represents their time at their job - so that they dont have to spend the time the teenagers do making game currency. perfectly fair and it lets everyone convert what they have into what they dont have.

**NeVeRMoRe666 at 11:31 PM on 04/19/08**

@SmilingPolitely:

Regarding you're aside, just because it's the lesser of two evil's doesn't make it any less evil. However, it is a very complicated issue. On one hand, the meager income that people in third world countries make are neccessary sustanance for them and their families. While their work conditions are by no means great conditions, they need the money which as we know, isn't going to be coming in any other way. Yet on the other hand, it is easy for us to say that it's okay, it's alright, when we live in a world surrounded by our over consumerist culture, where we can lavishly spend money for non-existent materials and things (WOW



gold) without thinking about where else our money could have gone. Maybe all we need is a little perspective. Maybe when we realize the conditions that people live in and grow up in, in countries far and away from us, maybe then we might consider how our $5 could have gone to someone that really needs it as oppose to our orcs and our mages and what have you. I know I must sound like I'm standing up high on a pedestal but I'm really not. While I don't play MMORPGs or anything that I have to pay to stay online, I do think that it is an important issue that we can address as gamers together.

**UmeShoryu** at **12:44 AM on 04/20/08**

@eastx: No it's nothing like that at all. You're citing the most extreme examples of life and comparing it to MMOs.

I see buying gold closer to paying for DLC. Company A offers new maps/weapons/levels, etc but you gotta pay another $10 before you're allowed to use it. Sounds familiar right? People who pay for DLC encourages developers to release half-finished games then nickel and dime you with minor updates. When in reality you should have already been provided with all features without having to pay an additional X number of



encourages more gold farming, but like I wrote earlier it was a cycle I knew would never end so I didn't let it bother me.

I've also heard your other point before many times. How RMT messes with the economy and drives up prices due to more money being in the system. I played FFXI (albeit several years ago) and experienced it firsthand. Equipment selling for double the amount it sold for 6 months earlier. However, the inflation affects every single item in the game. Items you farmed and used to sell for 10K a pop were now worth 20K or more. The difficulty of obtaining items through purchase did not change for me, nor did it change for the people I knew and played the game with. Actually, I noticed that the people who complained the most were the "lazy" ones who wanted the fastest way to obtain equipment but couldn't afford to buy the gold themselves. I didn't have a single problem with the game balance or whatever else people say RMT might affect.

One other thing I want to add, people love to talk about taking the high-road and how they'll never involve themselves with RMT but if someone offered a thousand dollars for your maxed-out high-level character would you refuse? How about ten thousand? 1

million? Everyone has a price.

@red: I thought most Korean MMOGs already used this sort of system. I've played a few games where you can purchase so called "Premium Items". Normally, the company offers a free subscription but charge you for in-game items.

### Asbestos_Underwear at 01:39 AM on 04/20/08

If you pay real money to obtain a vanity item by means of RMT then you, the player, are broken.

The sentence are microtransactions which enable publishers to sell vanity items directly and take over the market.

----------------

If you pay real money to circumvent a grind that is boring and stops you from advancing in the game, then the game is broken.

You are sentenced to having your account banned or choose between stopping to play or continue being stuck in grinds that extend the playtime into infinity and so you keep paying the subscription.

### SmilingPolitely at 05:11 AM on 04/20/08



@NeVeRMoRe666: I agree with you. As for my post, I was merely pointing out the potential irony of someone decked out in *[insert brand name here]* gear lamenting the working conditions of gold farmers.

### SorenKier at 05:32 AM on 04/20/08

aside from all the morality... The article is very far away from accurate. The author assumes constant demand, but as an example the amount of warcraft players exploded after Christmas.

There are too many hidden variables for this brief analysis to be anywhere near definitive.

### SonOfVoorhees at 06:59 AM on 04/20/08

Also, what if you give a low level team mate a load of gold? Isnt that the same thing? He didnt buy it from a gold farmer but he still has a load of gold at a very low level. Would that still be considered ok?

### Patient at 07:20 AM on 04/20/08

What I find amusing is Google'ing "Age of Conan Gold". A game that is not even out yet, but the secondary market has already found a mean price point for selling their wares.

Power-leveling services, Gold sales, leveling guides. Its

all there, for something that isnt even available yet.

Now if I was Funcom's legal team, I would be absloutely livid seeing that. A simple cease and dissit letter is even enough based on Copyright violation alone.

What will they do in reality? Probably nothing at all. Instead they will spend 10 fold the cost of those legal fees into playing catch up trying to circumvent the gold selling problem development wise.

How sad.

### CreativeCat89 at 09:05 AM on 04/20/08

...Do people who buy gold have any life what so ever? I mean really, I understand they want to play the game but are they really that lazy that they cannot make it on their own?

### KRUZ8ER at 10:02 AM on 04/20/08

Its insanity that idiots actually spend their real cash for fake game gold.

If this insanity is ever gonna stop Blizz is gonna have to create and easier, quicker and more fun way to earn gold in game or else these lazy, obsessed wowers will never stop spending their cash on game cash.



I know quite a few wow players and they are of the obsessed kind. Its sad really and alot of these ppl need to stop thinking about their next great WOW mount and maybe need to try and mount someone of the opposite sex in REAL LIFE.

**Xorrel** at **12:28 PM on 04/20/08**

@Sesmu:

That's a completely bogus comparrison the reason to sell pot is to make money. The connection that's flimsy in the arguement is whether of not that money goes to terrorism. If the arguement was, people grow pot because they can sell it and therefore pot growers are funded by pot-users then then they would have an obvious and correct connection. It's falls apart when they define pot-growers as "terrorists".

Keyloggers, account hacks etcetera are feared for getting on to accounts and stealing all the gold. Without people to buy it there's no reason to steal gold. I didn't say "everyone who buys gold is buying stolen property" or "everyone who buys gold is supporting the killing of PCs in battlegrounds by people with ubber gear" those would be incorrect. What I said was people who steal gold are funded by people who buy gold, that's basic supply and demand at work.

**NeVeRMoRe666 at 01:20 PM on 04/21/08**

@SmilingPolitely:

lol..I know what you mean. The world is full of hypocrites.

**Start a discussion:**

Login with your username and password below. Or comment on this post via email.

username: [ ]  password: [ ]  [login]

Forgot your username or password? New User?

Archives  About  Advertising  Legal  Help