# EXHIBIT C







Sweeten your tax stimulus check with 3.30%

Get 3.30% Online Savings with WaMu Free Checking.

Whoo hoo!

LEARN MORE

WaMu FDIC INSURED

Rules  Subscribe

User Name [ ] Remember Me?
Password [ ] Log in

Calendar

**Quick Nav**

AUTHORIZED BLIZZARD FANSITE

Unofficial World of Warcraft Forums > WoW Community Forums > Community Discussion
≫ **gold seller and banning question...**

Closed

Register | Blogs | FAQ | Members List

WoWDigger  Wiki  Mods
Search...  Search

Page 4 of 15 < 1 2 3 **4** 5 6 7 8 9 10 11 12 13 14 15 >

Thread Tools ▼  Display Modes ▼

**Navigation**
Worldofwar.Net
WoW Forums
WoWDigger Database
WoWTV
Articles
Community Blogs
**Game Info**
Professions
Maps

- Classes
- **Guides**
  - Submit Guides
  - List Guides
- **UI/Mods**
  - Latest Mods
  - Submit Mod
  - List macros
  - Submit Macro
- **Media Gallery**
  - Gallery Home
  - Upload Pics
  - Community WoW Shots
  - Community BC Shots
  - Player Pics
  - Official WoW Shots
  - Official BC Shots

**PayPal Verified**

**Support WoW:IncGamers**

---

**twoflower** gold seller and banning... 06-02-2006, 04:14 AM
  **Beatboxer** *Interesting question. Is...* 06-02-2006, 04:17 AM
    **Face Melter** *buddy, question to u there...* 06-02-2006, 04:53 AM
      **Abbadon** *It is an EULA violation to...* 06-02-2006, 05:19 AM
        **Renceward** *I have heard arguements that...* 06-02-2006, 05:43 AM

#1



06-02-2006, 10:36 PM    #2

**Houdy**
WorldofWar.Net Member

Join Date: Jan 2006
Location: Colorado Springs
Posts: 278
Character:
Server: Azgalor

another thing...
if i was on your server and i heard about you reporting this guy, i wouldn't even think about letting you in my guild... and i'd also make it known to other guildleaders what you did.
its one thing to tell the guy you think he's wrong and then walk away.. it's whole new ball of wax to report the guy and hope for a ban/discipline.

you could've reported it to a guild leader and let him handle it..that would've been sufficient. Now i look at you like he guy you can't trust in a guild...who knows what else you'll report on. swearing? dropping earthbind totems on Razorgore?

07-02-2006, 02:23 AM    #2

**Texsus**
WorldofWar.Net Member

i keep reading the comments about how it inflates the economy. Well on my server, thats a lie. Our prices have actually slightly





Join Date: Jan 2006
Location: Idaho
Posts: 146
Character:
Server: Ner'zhul

Posted by jibbrish

> Quote:
> People buying gold aren't buying just to cover the 50g to their mount, although the mount maybe what they're thinking. They'll buy 100g, 50 for their mount and 50 for that little blue trinket they always wanted, thus pushing up the price for the trinket, thus contributing to inflation.

ummm... how is buying that one trinket suddenly gonna sky rocket prices??
ZOMG EVERYONE!! THAT 60 BOUGHT THAT TRINKET!! WERE GONNA GO BROKE FROM THE INFLATION!! Do you see my point?

Lets think about this to... How many times have you ran in an instance for an item? And how many thousands of people do you know have gotten that item? And also, how do you farm for stuff? You kill mob and get the money, and you do it over and over and over again. So my point is, there is a limitless supply of gold in the game, and there are a limitless supply of items in the game, so how can you drive up supply and demand on an item which would cause the economy to inflate if youll never run out the supply? You cant drive up prices on items that wont ever run out. The economy is player based to, on who wants what when.

Like it's been said before, the farmers are sellin the time put in to collect the gold, you could do that yourself. The buyers are just the same as you, they dont want to spend the hours makin all that gold, so they pay someone to do it for em.

dropped. There are always high lvl items, and in the time ive played, and the times some of my freinds have played, the prices went up once for like a week, and it was after a major patch. Still, the economy is fine, there are normal people who work for all thier gold and buy mass amounts of items for power leveling thier proffesions. So how would it be different if someone who bought gold came in one day and did the same thing? It hasnt changed anything from my view, its just became a reason for people to whine.

07-02-2006, 07:58 PM #3

**Dr0smius**
WoW: IncGamers Member

Join Date: Jun 2005

Quote:
> Originally Posted by **Texsus**
> Like it's been said before, the farmers are sellin the time put in to collect the gold, you could do that yourself. The buyers are just the same as you, they dont want to spend the hours makin all that gold, so they pay someone to do it for em..

The war effort is a HUGE example. Look at the prices on the mats that you can turn in for rep. The prices have gone up, and its becuase everyone in the game is buying those items. So the seller, wether they are farmers are normal players who have spent hours collecting the mats (wow doesnt that sounds the same as a farmer??), know that people will buy them at those prices. If you dont like it, then dont buy it, go put your own time into the proffesion and collect the stuff yourself. Im bettin your gonna wanna just buy the time spend instead of whining about everything.

My last point here, and im done raving. What about the items and the mounts? Why is it such a big deal that someone bought the gold to get thier stuff, and you spent the time to collect the money. Ummm.... you dont have to buy the 900g mount, or the 100g chest piece. I know a 60 shadow priest that can kick anyone he wants with all twill armor on. That a complete set of gray items.... And my best freind in the game, who has been with me from lvl 20-58 every step of the way, hes been a 60 for over a year now, and he still has his lvl 40 mount. Stop complaining, you can get alot of items for free, pvp and pve epics dont cost you anything but repairs!! So you can make it with 10 gold and get items. And youll make most of your repair money if not profit over it from the money collected and items sold from the instance. So just drop this crap already. Who gives a ****, it aint hurting anyone. Its just a time issue, and obviously blizzard could care about more important things.

Last edited by Texsus; 07-02-2006 at 02:42 AM.

Location: Detroit, Michigan, USA
Posts: 996
Character: Human Priest
Server: Argent Dawn

But one could argue that for those who do choose to get their own stuff, they must spend even MORE time than before, since the easy gold from purchaser's drives prices up (assuming they do). And that affects their play experience.

However, I think the core issue is one of fairness, an issue to which human beings are particularly sensitive. We could argue all year about the in-game economy and how it is affected, but only Blizz and the Gold Sellers likely have enough data to make a worthwhile assessment, and they aren't posting here. The economy stuff is a rationale reason to backup the emotional response of fairness.

In a game where you compete, either directly or indirectly, against the other players, it triggers the "unfair" center of the brain when your peers or opponents have not "earned" their position (either level or gear). For example, if you lose a pvp match against a team that earned their own gear, you emotionally think "tough match" and feel you had a good time in a tough match...if you find out they had bought that gear or character, you feel they cheated and your experience changes to "that sUxx0rs". But the actual contest was identical!

And what is perhaps worst of all, given that human brains work this way (whether they "ought" to or not is an entirely different question), is not knowing whether any loss was "legitimate", never being able to feel you ever got to fairly compete.

ANd thus, simply the knowledge that "cheating" is going on can degrade the experience of all involved.

And that is why you can put me on the "gold buying is bad" side of the argument, though I certainly do not intend to demonize any who have or support it. I just think the game, overall, would be better without it.

Os

PS: Did I use enough " marks? I can add some "more" if "you" would "like"

■ 07-02-2006, 02:28 AM #4



Appren
WoW: IncGamers Member

Join Date: Mar 2005
Location: Norway
Posts: 202
Character: Gnome Warlock
Server: Aszune

Quote:
> It wreaks the game by causing inflation so it's bad for everyone.

- pure speculation, yet something that people against such things always present as undoubtable facts. I have yet to see proof that server economy suffer from this.

■ 07-02-2006, 02:43 AM #5

Steamboat
WorldofWar.Net Member

Join Date: Sep 2005
Posts: 1,259
Character:
Server: Laughing Skull

Just to mix things up, what about leveling bots? Do you think those hurt the game?

We recently had a guy in our guild go from 1 to 60 in about 2 weeks. He was always online, but a lot of the time he wouldn't answer his whispers.

So one day we track him down, he's killing neutral turtles, not responding to our yells/whispers/dancing in front of him.

Our guild leader kicked him from the guild and reported him.

He did not get banned by the way.

■ 07-02-2006, 02:53 AM #6

Texsus
WorldofWar.Net Member

see bots are different. At least the gold buyers are playing there characters. Bots are bull though, cuz essentially your hacking the game to do what you want. That the same as someone using it to avoid damage and so forth.



Join Date: Jan 2006
Location: Idaho
Posts: 146
Character:
Server: Ner'zhul

☐ 07-02-2006, 02:54 AM    #7

Vorlin
WorldofWar.Net Member



Join Date: Mar 2005
Location: Tampa, FL
Posts: 214
Character:
Server: Elune

It's stated in the EULA that it's illegal, however the wording can be interpreted.

As for reporting players in your ex-guild, it sounds like we're not getting the whole story as to what happened, what words were said, and that was one of the only actions you could take. Rather conniving and blackmail-esque if you ask me. Who cares if they bought gold? Would I report someone if they told me they bought gold? No, I'd laugh at them and make fun of them every chance I got in-game and IRL if I was able to. To say that I earned my first and second mounts HONESTLY has much more effect than reporting one player out of literal millions for a "crime" that Blizzard will handle as Blizzard sees fit.

☐ 07-02-2006, 03:06 AM    #8

twoflower
WorldofWar.Net Member



Join Date: May 2004
Posts: 3,926
Character: Gnome Mage
Server: Kil'Jaeden

as for the whiners who claim i m not trust worth or any of that crap and that they wouldnt let me in theyr guild and stuff, as i said in my first post the person in question was not the only one in this guild that baught money, so i did indeed "vote whit my feet" as some stoopid comment suggested and left this guild.

as for Appren : you'd sure be the first person i d ban if only i could. Too bad i would get word filter interfering and probably even a warning form a mod if i d say what i think about your line of thought. people who do not share the opinion that cheating and gold selling is bad for the game have no reason to be on a legit forum.

Kids like you ruined the great game diablo2 once was, as well as alot of the other MMORPG's out there. I think it's only fair taht i try to help blizzard to not let this happen to WoW as well, and i get your stoopid remarks, thanks alot...

what s whit all you people trying to argue that cheating in a game is ok ? if you dont like the game as it is, why not stop playing it instead of cheat and talk some major BS about how "it actualy wasnt cheating" ?

#9

| 07-02-2006, 04:42 AM

Beatboxer 
Member


Join Date: Jun 2003
Location: In a van down by the river!!
Posts: 2,345
Character:
Server:

Quote:
> Originally Posted by **twoflower**
> *what s whit all you people trying to argue that cheating in a game is ok ? if you dont like the game as it is, why not stop playing it instead of cheat and talk some major BS about how "it actualy wasnt cheating" ?*

Well to speak up for my part I was mainly debating the logic of gold farming/ then selling....

I do think that comparatively gold buying is cheating but as I brought up in my post ealier not the same type of cheat that plagued d2. It's nature is different.

In my opinion the main reason why gold buying, mount buying, char buying, item buying, for real money, is wrong and a cheat, is that the player did not earn said things from ingame effort and is therefore now unfairly advantaged to the players who do put forth the in game effort.

That is obvious but it helps clarify the issue to lay it out.

Would you agree that that is the main issue with this and not it wrecking the game or causing inflation? What do you mean by wrecking the game if not specifically high priced AH items?

Possible in-game issues caused from gold buying

1)Unskilled players in good gear
2)skilled players in good gear, much quicker than the fair player.
3)harder to compete and find good match-ups/parties,in game, because of a nd b

Im gonna suspend my analysis here on that becasue I just thought about another side of this issue; blizzards economic imbalance of it's own game.

600-1000 gold for an epic mount...even 100 gold at level 40 is pretty tough to get. If u play casually up until 40 will you have enough? I didnt. I started a farmer to get the money for me. I've been my own gold farmer through gathering profs and it has been fun earning all that money, but should I have to work so hard? Do I have to be a gatherer with every char I get just to get a mount?

Enough of that for now but the above relates to how I think about the business behind WOW. Since this is a subscription game the devs will always have monotonous timesinks built in to the game to make more money.

Blizzard's greed, causes player greed, causes gold farmers greed.

BTW Sorry to go so far off-t.

On ur reporting of gold farming I've never heard of anyone getting banned or suspended for it. Any known Blizzard posts on this?

p.s. Ive never bought gold but at times I sure want to with some characters. I wouldnt ever with some other chars though because I'm proud of what I've earned with them.

*Last edited by Beatboxer; 07-02-2006 at 04:48 AM.*

07-02-2006, 05:08 AM

#10

**Face Melter** 
WorldofWar.Net Member

Join Date: Feb 2006
Location: Under a rock.
Posts: 27
Character:
Server:

Quote:

Originally Posted by **Beatboxer**
Well to speak up for my part I was mainly debating the logic of gold farming/ then selling....

I do think that comparatively gold buying is cheating but as I brought up in my post ealier not the same type of cheat that plagued d2. It's nature is different.

In my opinion the main reason why gold buying, mount buying, char buying, item buying, for real money, is wrong and a cheat, is that the player did not earn said things from ingame effort and is therefore now unfairly advantaged to the players who do put forth the in game effort.

That is obvious but it helps clarify the issue to lay it out.

Would you agree that that is the main issue with this and not it wrecking the game or causing inflation? What do you mean by wrecking the game if not specifically high priced AH items?

Possible in-game issues caused from gold buying

1)Unskilled players in good gear
2)skilled players in good gear, much quicker than the fair player.
3)harder to compete and find good match-ups/parties,in game, because of a nd b

Im gonna suspend my analysis here on that becasue I just thought about another side of this issue; blizzards economic imbalance of it's own game.

600-1000 gold for an epic mount...even 100 gold at level 40 is pretty tough to get. If u play casually up until 40 will you have enough? I didnt. I started a farmer to get the money for me. I've been my own gold farmer through gathering

profs and it has been fun earning all that money, but should I have to work so hard? Do I have to be a gatherer with every char I get just to get a mount?

Enough of that for now but the above relates to how I think about the business behind WOW. Since this is a subscription game the devs will always have monotonous timesinks built in to the game to make more money.

Blizzard's greed, causes player greed, causes gold farmers greed.

BTW Sorry to go so far off-t.

On ur reporting of gold farming I've never heard of anyone getting banned or suspended for it. Any known Blizzard posts on this?

p.s. I've never bought gold but at times I sure want to with some characters. I wouldnt ever with some other chars though because I'm proud of what I've earned with them.

---

U ARE SO RIGHT. ok look gold is farmed from IN the game, its not hacked. so there is no illigal way that this gold came to be in the hands of these china people. also blizzard is charging alot for ingame items such as mounts, and trinkets...i know when i had my frist mount i had to borrow like 50gold from a friend of mine that was like lvl 50 at teh time and barley had 40 gold and he was saving up for his epic mount. i mean not only that later i decided im done with that guy so i sold EVERYHTING i had all armor and weapons and i barley got 30 gold, mind u at lvl 42. so if blizzard wants to keep



i have never got any gold form farmers never payed for that jsut bec i dont want to spend more money on teh game, so i found a solution to this problem, i get a pally or lock, get the free mount and when i want to have a new character i jsut mail gold over to him, then by the time he gets to 40 he has enough gold from teh other high lvl character, bec higher lvls more easy gold. so thats wat i did now and now im saving up as much gold as i can so i can drown my Blood Elf shadow priest with gold once expansion comes out. Can i do that? YES. is it legit? YES. and if i want to give liek 1k gold to a random lvl 1 ill do that bec i can and theres nowhere that said i cant

sucking time out of me so ill pay more to play the acual fun stuff then ****  them, if i can get gold for my mount then why not, heck, then ill be playing the fun part of the game and not spending so much time getting stupid fake gold jsut so i can move faster in this fake virtual enviroment. i jsut love playing wow for teh PvP, i like owning someone hard in pvp and knowing theres someone at teh other side of teh screen going "oh crap that dude just owned me hard". i do not want to spend my time on wow farming for gold jsut so i can pvp better. also it takes ages to acually do something in teh game, i mean u log on and if u dont spend at least an hour on the game then u basically didnt do anything.

Page 4 of 15 < 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 >



**Bookmarks**

- del.icio.us
- StumbleUpon
- Google

« Previous Thread | Next Thread »

**Forum Jump**
Community Discussion  Go

**Posting Rules**

Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

All times are GMT +1. The time now is 04:28 PM.

-- WoW: IncGamers Standard Skin

Contact Us - World of Warcraft Unofficial Forums - Archive - Top

Powered by vBulletin® Version 3.7.0
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.