# EXHIBIT D



Rage3D » Rage3D Discussion Area » Rage3D Gaming Forum » Rage3D Clans & Guilds
**Buying Gold For World of Warcraft???**

User Name: [User Name]  ☐ Remember Me?
Password: [      ]  [Log in]

| Rage3D | Subscribe | Register | FAQ | Members List | Calendar |

**Rage3D Clans & Guilds** Discussion forum for various Rage3D Online Clans and Teams

**WOW Gold $5/1000**
As Low As $5/1000 WOW Gold! <5 Minute Delivery, US/EU On Sale
www.WoWMine.com

**Don't Buy Gold**
I'll show you how to make over 200 Gold an hour. Free Info.
www.FreeWoWGold.net

**Cheapest W0W Gold**
Real-time Stock System Guarant Delivery.No Waitting,Enjoy!
www.RichinGame.com/WoW-US-

**View Poll Results:** Should I buy Gold for Wolrd of Warcraft from Ebay???

| | | | |
|---|---|---|---|
| Yes, it's perfectly safe | ▭ | 13 | 22.41% |
| No, it's a waste of money | ▭▭▭▭ | 38 | 65.52% |
| Tell your boy to play a better game | ▭ | 7 | 12.07% |

Voters: **58**. You may not vote on this poll

[Reply]

Thread Tools ▼    Display Modes ▼

Jan 17, 2006, 07:39 PM                                              #1

**caveman-jim**
R.I.P. Vengeance

Join Date: Oct 2003
Location: Bama
Posts: 16,215
✓✓✓✓✓✓✓✓
Rep Power: 20

[SUBSCRIBER]

● **Buying Gold For World of Warcraft???**

My stepson wants to buy gold for world of warcraft from a dude on Ebay. I'm not sure about it at all... I haven't heard anything good about doing it - just the stories about the gold 'farms' that make it in asia etc. Is it legal in the game? Is it a good idea? Any advice/comments welcomed.

**Advertisement** (Guests Only)



www.Buy-WOWGold.com      Feedback - Ads by
Login or Register to remove this ad

| | |
|---|---|
| | Thanks in advance,<br><br>Heat ~ eBay ~ CaveBlog!!! |

---

Jan 17, 2006, 07:44 PM     #2

**BobbyRPI2712**
I have a fever....

Join Date: Jan 2001
Posts: 6,869
Rep Power: 19

Waste of money, its also 'illegal' according to the WoW developers and i think they can ban your account for it.

---

Jan 17, 2006, 07:49 PM     #3

**wangFu**
take him away!

Join Date: Jun 2004
Location: Tijuana
Posts: 3,896
Rep Power: 16

waste of money, gettin money in wow is not that hard either

flickr
threadless

> Quote:
> "Medium," "Large" and "King Size"? What the **** is that? How the **** can "Medium" be the smallest? Do you even know what the word "Medium" means? This is why you're all so fat, you bunch of road sign-shooting Yankee pillocks.

---

**Advertisement** (Guests Only)

Need World of Warcraft Gold? Cheapest Price! Best Services!
www.name4power.com

Login or Register to remove this ad

---

Jan 17, 2006, 07:56 PM     #4

**Nevermind**
Out Riding - Big White BC

Join Date: May 2003
Location: Big White BC
Posts: 1,040

Why doesnt he buy a lvl 60 character why he is at it ?

I really dont see the point, just remember its a game



**caveman-jim**
R.I.P. Vengeance

Join Date: Oct 2003
Location: Bama
Posts: 16,215
Rep Power: 20

SUBSCRIBER

> Quote:
> Originally Posted by **Vengeance**
> *I voted....*
>
> *\*Tell your boy to play a better game\**
>
> *But I don't mean a different game...I mean tell him to earn his gold the hard way.*

You got it!

Heat ~ eBay ~ CaveBlog!!!

---

Jan 18, 2006, 11:51 AM | #8

**PoweredBySoy**
Rage3D Veteran

Join Date: Apr 2003
Posts: 2,082
Rep Power: 8

I've purchased gold for WoW. I really don't see what the big deal is (other than it's considered "illegal" by Blizzard).

I'm a holy spec'd Priest, so it's not like it's easy for me to farm gold like all the 2 billion rogues out there. Besides, you can get 500 gold for ~$20 at www.wowmine.com. Would I rather do mind-numbing farming for a week, or put in an extra hour at work?? It was an easy decision for me.

Don't buy gold off of Ebay.

---

Jan 18, 2006, 12:27 PM | #9

**Tork64**
Rage3D Veteran

Join Date: Feb 2003
Posts: 5,859
Rep Power: 20

Its againts blizzards rules but i know a few people who buy gold all the time and its safe as long as you dont go around saying "I bought some gold", of course that goes without saying. Blizzard says they will ban you if found and all but there is no real way they can prove it, its just a scare tactic they use. Believe me there have been times where i have really wanted to buy gold but didnt. I still have a level 40 mount.

**Smile for me now, brother.**

---

Jan 18, 2006, 12:30 PM | #10

**daPhoenix**

**Fluffy Noob**

Join Date: Feb 2003
Location: Finland
Posts: 7,768
Rep Power: 20

If you buy gold you're just propagating the gold farming and encouraging the behaviour - don't do it.

:: Give your soul to me, For eternity
:: release your life, to begin another time with her
:: End your grief with me, there's another way
:: release your life , take your place inside the fire with her..

<sjl> if dap went a day without a sexual innuendo, the world would stop spinning.

---

Jan 18, 2006, 01:32 PM #11

**Rubix³**
Radeon X1950 XTX

Join Date: Jul 2004
Location: Chicago, IL US
Posts: 727
Rep Power: 4

Interesting thread - I was going to post this myself last week. I'm not really in favor of it, but I don't really see how it could cause any major inflation in the game world. Still, it's funner to earn money in the game.

Abit IC7-G P4C 3.2 || 4x512 Corsair XMS3200LLPro || Toshiba1712 to NEC3520 || X850XT || X-Fi XtremeMusic || Antec TrueControl 550
www.patrickdaniels.net

---

Jan 18, 2006, 01:56 PM #12

**SirBaron**
Rage3D Veteran

Join Date: Apr 2003
Location: England
Posts: 13,793
Rep Power: 20

on my new character I have had 10gold by the time i got to level 12, level 18 i got 8 gold but thats cos i spent loads on the AH to buy the best for what a level 18 can get which really isn't that good.

Pick mining and skinning and just keep selling 20 of each item like say copper bars and then you will become rich in no time.

http://x32i.org

---

Jan 18, 2006, 02:50 PM #13

**shrike126**
Power to the Pinky!

Join Date: Sep 2000
Location: Oklahoma
Posts: 9,049
Rep Power: 20

I've a friend that works for Blizzard in the department that bans people for cheating. So yeah, don't do it.

> Quote:
>
> Sometimes I think the surest sign that intelligent life exists elsewhere in the universe, is that so far none of it has tried to contact us. ~ Calvin & Hobbes



**DarkPretender**
Rage3D Veteran

Join Date: May 2003
Posts: 3,516
Rep Power: 10



Well...u can get your account banned, but its the lazy way out.

There is a certain ammount of satisfaction knowning you earned it yourself tho...when I bought my epic mount every single cent was money I earned. I found an epic and grinding for cash for probably 20 game hours. In the end, it was worth it. If you just pay for the gold then the game will get much more boring quicker...if that makes sense.

While you grind it can get boring, but the reward is worth it in the end. Of coarse, thats just my view. Everybody is different.

System: AMD X2 4400+ Toledo (89w) running at 2.6ghz, x1900xt 512mb, Abit AT8 32x, TDK 8x DVD Burner, Samsung 16x DVD-ROM, 250 GB Western Digital SE, 40 GB Western Digital, Audigy 2 ZS, Speedlink 5.1 headset, Thermaltake Lanfire case.

---

 Jan 18, 2006, 08:51 PM    #18

**shrike126**
Power to the Pinky!

Join Date: Sep 2000
Location: Oklahoma
Posts: 9,049
Rep Power: 20



My friend at Blizzard and I got into a discussion on this once, and good point they made is that your monetary wealth in the real world should not give you an advantage of any kind in-game. If that was the case, Blizzard would just sell accounts priced at different pricing ranges with pre-loaded level 60's and full epics for $100 MRC or what-not. 

But also yes, it does ruin the "fun" factor of the game, damage the economy, etc.

> Quote:
> Sometimes I think the surest sign that intelligent life exists elsewhere in the universe, is that so far none of it has tried to contact us. ~ Calvin & Hobbes

Ron Paul for President 2008

---

 Jan 18, 2006, 09:26 PM    #19

**Gandalfthewhite**
ATI WHORE

Join Date: Mar 2003
Location: Middle Earth also known as AZ
Posts: 7,982

a holy speced preist if they know how to play she be getting invites like CRAZY to do instances all you need is one epic drop to get 500-1000 gold easily hell their are recipes taht will sell for 500 gold taht no one even bothers to look at when u say u need it



Rep Power: 20

Main rig: look at system spec tab
Secondary rig: Chieftec dragon|ABIT AT8|Amd opteron 165 @ 2.025ghz|zalman CNPS 9500| 2 GB Mushkin DDR|2x120gb WD hds|16x Benq DVDRW | Sapphire 3450|dual boot winxp pro and vista ultimate 32bit

HOURGLASS = most appropriate named ICON/CURSOR in the Windows world :-)

In a dank corner of ATI central, the carpet covered with corn flakes, the faint sound of clicking can be heard........Click......click, click............as the fate of the graphics world and the future of the human race hangs in the balance.

I know....I know........Keep my day job :-)- catcather

---

Jan 18, 2006, 10:02 PM    #20



**mbeeston**
Drunken Red Mage™

Join Date: Oct 2001
Location: port jeuno, kujata
Posts: 7,891
Rep Power: 20

if you must.. use ige.com.. NEVER use ebay ><

i voted for waste of money

"I keep looking at my life and wonder why i'm not dead yet."
"and i attack, with drunken rage!"
" can i shoot jack thompson now?, i been practicing on counter-strike source"
"A dream that will come true is not a real dream"
**[tR3d]Drunken Red Mage**
RIP Joe 'Vengeance' Rupe

Last edited by mbeeston : Jan 18, 2006 at 10:04 PM.

---

Jan 18, 2006, 10:02 PM    #21



**DarkPretender**
Rage3D Veteran

Join Date: May 2003
Posts: 3,516
Rep Power: 10

Quote:
> Originally Posted by **shrike126**
> But also yes, it does ruin the "fun" factor of the game, damage the economy, etc.

Yes...and no. It ruins the economy in the sense that new players can get items they wouldn't normally be able to do unless they had an established 60 with money coming in from that char. A first time player wont be able to afford that wardon staff at 50 cause they would need to grind for cash forever. However, I have a 60 and I can bring in 300g a day if I tried. I could pass that to

an alt to pay for those items.

You have to keep in mind that money is constintly coming into the game. Prices of items will always go up. It happens in all MMORPG's...items triple in price over a years time just because more money is constintly being injected into the economy as a whole on the world. Its not like that money is hacked it, its being grinded for. But for every 100 farmers on a server there is 4000 that are just playing regularly. As a whole, who do you think brings in more money in the economy? The 4000 legit players or the 100 farmers?

In my life from 1 to 60 ive probably seen nearly 2k of gold. Right now im sitting on 3g in my account, but ive had as much as 1000g (before my epic mount). Ive bought a hurrican for 200g, and with gearing up my guildies for raids ive probably droped 400g. Put in repairs and items ive spent alot. All of it was earned by me. However, out of the 2k probably 400g of it was actually destoryed. The rest was circulated between other players.

The MMORPG's are addictive beause of there similarities to real life. Economies grow quicker, but they follow the same basic principles of inflation.

The only way buying gold ruins the economy is as more gold is avilable to the public to purchase the more harder it will be for new players to afford items for there primaries. An epic item today is probably twice as much as it was 6 months ago, so for a new person to afford it would be rare. However to the lvl 60 running BWL ever week without a single wipe they can afford those weapons for there alts. Its not fair, but even without gold farmers it would have happened anyways. It would have been slower tho...

System: AMD X2 4400+ Toledo (89w) running at 2.6ghz, x1900xt 512mb, Abit AT8 32x, TDK 8x DVD Burner, Samsung 16x DVD-ROM, 250 GB Western Digital SE, 40 GB Western Digital, Audigy 2 ZS, Speedlink 5.1 headset, Thermaltake Lanfire case.



Quote

---

Jan 19, 2006, 04:34 AM    #22

**Ego**
Radeon X1950 XTX

Join Date: Aug 2003
Location:  Romania
Posts: 654
✔ ✔ ✔ ✔
Rep Power: 9

No, it ruins the economy because you have just "purchased" 1000g, and you can afford to buy pretty much everything you want of the AH, meaning that all the peeps that see their items managed to get sold will put them again on the AH, but with higher prices, and you'll keep buying them, cause you've got your 1000g, and so on, and so on, until the prices go so high normal players won't be able to afford a damn stack of light leather of the AH.

> Buying gold for the sole purpose of getting an epic mount is ok, imho, as long as you don't give in to the tempation of emptying the AH with the money you just bought.
> There are servers (EU ones) that are completely screwed because of the gold farmers. A stack of runecloth goes to up to 8g, and not because of the scammers that want to profit of the AQ war effort, but because of all the ppl that bought gold and then purchased everything of the AH, regardless of the price.



---

Jan 19, 2006, 03:41 PM  #23

**shrike126**
Power to the Pinky!

Join Date: Sep 2000
Location:  Oklahoma
Posts: 9,049
Rep Power: 20

> Quote:
>
> Originally Posted by **DarkPretender**
> *Yes...and no. It ruins the economy in the sense that new players can get items they wouldn't normally be able to do unless they had an established 60 with money coming in from that char. A first time player wont be able to afford that wardon staff at 50 cause they would need to grind for cash forever. However, I have a 60 and I can bring in 300g a day if I tried. I could pass that to an alt to pay for those items.*
>
> *You have to keep in mind that money is constintly coming into the game. Prices of items will always go up. It happens in all MMORPG's...items triple in price over a years time just because more money is constintly being injected into the economy as a whole on the world. Its not like that money is hacked it, its being grinded for. But for every 100 farmers on a server there is 4000 that are just playing regularly. As a whole, who do you think brings in more money in the economy? The 4000 legit players or the 100 farmers?*
>
> *In my life from 1 to 60 ive probably seen nearly 2k of gold. Right now im sitting on 3g in my account, but ive had as much as 1000g (before my epic mount). Ive bought a hurrican for 200g, and with gearing up my guildies for raids ive probably droped 400g. Put in repairs and items ive spent alot. All of it was earned by me. However, out of the 2k probably 400g of it was actually destoryed. The rest was circulated between other players.*
>
> *The MMORPG's are addictive beause of there similarities to real life. Economies grow quicker, but they follow the same basic principles of inflation.*
>
> *The only way buying gold ruins the economy is as more gold is avilable to the public to purchase the more harder*

> *it will be for new players to afford items for there primaries. An epic item today is probably twice as much as it was 6 months ago, so for a new person to afford it would be rare. However to the lvl 60 running BWL ever week without a single wipe they can afford those weapons for there alts. Its not fair, but even without gold farmers it would have happened anyways. It would have been slower tho...*

Considering my friend works Blizzard, and personally said it had a negative impact on the economy, I think I'll take her word for it. 

> Quote:
> Sometimes I think the surest sign that intelligent life exists elsewhere in the universe, is that so far none of it has tried to contact us. ~ Calvin & Hobbes

Ron Paul for President 2008

---

Jan 19, 2006, 07:16 PM                                           #24

**DarkPretender**
Rage3D Veteran

Join Date: May 2003
Posts: 3,516

Rep Power: 10



> Quote:
> **Originally Posted by Ego**
> *No, it ruins the economy because you have just "purchased" 1000g, and you can afford to buy pretty much everything you want of the AH, meaning that all the peeps that see their items managed to get sold will put them again on the AH, but with higher prices, and you'll keep buying them, cause you've got your 1000g, and so on, and so on, until the prices go so high normal players won't be able to afford a damn stack of light leather of the AH.*
> *Buying gold for the sole purpose of getting an epic mount is ok, imho, as long as you don't give in to the temptation of emptying the AH with the money you just bought.*
> *There are servers (EU ones) that are completely screwed because of the gold farmers. A stack of runecloth goes to up to 8g, and not because of the scammers that want to profit of the AQ war effort, but because of all the ppl that bought gold and then purchased everything of the AH, regardless of the price.*

Umm...1000g will NOT buy you everything in the AH. Ive dropped 300g to get my leatherworking like 10 skill points before...1000g is nothing. So theoretically they can buy all the stuff off the

AH...BIG WHOOP. What woudl they do for it? Turn around and sell it for a higher price? They wouldn't need all of it anyawys.

Think of buying gold like entering "god mode" cheat. So you have all the nice stuff cause u dropped wages for 10 hours of real life work for a game. Part of the game is getting geared up and anything really worth it you have to find.

Id rather them drop $100 now and get bored and quit playing so my server doesn't lag so much.

By the way, OF COARSE BLIZZARD is going going to say its negative on the economy. I am NOT saying its good for it, but its not going to destroy the game single handed. I mean think about it...its like the 1 out of ever 100 people that rob for a living in real life. Is it good for the economy? no...but is it enough to destory it? Not that either. In fact it really has nothing to do with the economy...

Wanna talk about ruining the WoW economy? Try duping like Diablo II. THATS what ruined that game...not the buying of weapons online. There is a reason (believe it or not) that most good epics in WoW are Bind on Pickup...

---

System: AMD X2 4400+ Toledo (89w) running at 2.6ghz, x1900xt 512mb, Abit AT8 32x, TDK 8x DVD Burner, Samsung 16x DVD-ROM, 250 GB Western Digital SE, 40 GB Western Digital, Audigy 2 ZS, Speedlink 5.1 headset, Thermaltake Lanfire case.

---

Jan 19, 2006, 08:38 PM    #25

**Xiro**
Oo

Join Date: May 2004
Location:  NH
Posts: 1,943
Rep Power: 17

Didn't think WoW gold auctions were allowed on ebay. IGE tends to be a ripoff, I know when I was selling all the plat I was making in EQ years ago I sold it all on playerauctions.com and made a bunch of $$.

Console ---- Handheld
**Xbox360 --- DS PSP**
**Wii**

Reply

Rage3D Discussion Area » Rage3D Gaming Forum » Rage3D Clans & Guilds

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (0 members and 1 guests)

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Rage3D Clans & Guilds    Go

All times are GMT -5. The time now is 08:14 AM.

-- Pure Rage

Contact Us - Rage3D - Archive - Privacy Statement - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.
All trademarks used are properties of their respective owners. Copyright ©1998-2007 Rage3D.com