# EXHIBIT E



* E-Mail Address: [          ]   * Password: [          ]   [login]   Buy WoW Gold Now!

### Fast gold order form

| Game: | Loading Game list |
| --- | --- |
| Server: | Please Choose Server |
| Quantity: | Please Choose Quantity |
| Total price: | 0  $ |
| Order Num: | cheap wow gold |
| Full name: | |
| Character Name: | |
| Confirm Character Name: | |
| Email: | |
| Phone: | |

[Submit]

### Gold Service:



Live Chat by LivePerson

wowgoldvipsupport@hotmail.com

**Powerleveling Service**

**Powerleveling For Free 600 Gold Per Day**

## About Our Site

**Latest News:**
**WoW gold and powerleveling prices slash! Cheapes**
**Powerleveling from 1-60, as low as 70.99$ Order n**
**TBC Powerleveling 1-70, only $119.99! Order now**
**TBC 1-70 PvP S2 package, only $289.99 Order now**
**TBC Powerleveling 60-70, only $ 60.99! Order now**
**Lord of the rings online Lotr gold is on sale!>>>G**
**Final Fantasy XI Gil is on sale!>>>Go and buy nov**
**Age of conan is on sale!>>>Go and buy now!**

World of Warcraft gold (WoW gold) is the most valuable forr group of dedicated players who have come together to provi the community so that you, our fellow player, will be able to We work hard with our suppliers to offer the lowest prices o want to buy world of warcraft gold (buy wow gold), our VIP

## Special discount zone of US servers

To reward your persistent support to our company, we are o limited time and quantity purchase to our prospective and re realms and factions! Act and buy WoW gold now before the Note that the following list change every other day or so. Cl and Faction listed below!

• Welcome to www.wowgoldvip.com Welcome to www.wowg

**Aegwynn US** 200 gold $4.28    500 gold $10.71     10(
3000 gold $50.11     5000 gold $103.74    **Buy now**

**Kil'Jaeden Us** 200 gold $4.28    500 gold $10.71     10



**Live Chat** by LivePerson










3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Nagrand Us** 200 gold $4.28     500 gold $10.71     100(
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Bloodhoof US** 200 gold $4.28     500 gold $10.71     10
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Uldum US** 200 gold $4.28     500 gold $10.71     1000
gold $50.11     5000 gold $103.74    **Buy now**

**▪Moon GUArd us** 200 gold $4.28     500 gold $10.71
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪DURotan US** 200 gold $4.28     500 gold $10.71     100
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Dragonmaw US** 200 gold $4.28     500 gold $10.71
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Gnomeregan** 200 gold $4.28     500 gold $10.71     10C
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Cairne** 200 gold $4.28     500 gold $10.71     1000 gold
$50.11     5000 gold $103.74    **Buy now**

**▪velen US** 200 gold $4.28     500 gold $10.71     1000 g
gold $50.11     5000 gold $103.74    **Buy now**

**▪Aerie'peak US** 200 gold $4.28     500 gold $10.71     1(
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Dark Lron US** 200 gold $4.28     500 gold $10.71     1C
3000 gold $50.11     5000 gold $103.74    **Buy now**

**▪Cairne** 200 gold $4.28     500 gold $10.71     1000 gold
$50.11     5000 gold $103.74    **Buy now**

**▪Terenas US** 200 gold $4.28     500 gold $10.71     1000
3000 gold $50.11     5000 gold $103.74    **Buy now**

## WOWGOLDVIP NEWS        More

- ::Buy WoW gold:: Realms ..
- ::Buy WoW gold:: system requirements ..
- ::Buy WoW gold:: General ..
- ::WoW gold:: Honor System ..
- ::WoW gold:: skill ..

- ::WoW gold:: How do spells work? ..
- ::WoW gold:: Quests ..
- ::Buy WoW gold:: Items ..
- ::Buy WoW gold:: NPCs ..
- ::WoW gold:: Transportation ..
- ::WoW gold:: Support ..
- ::Buy WoW gold:: Patches ..
- ::WoW gold:: Gaming their way to addiction
- ::WoW gold:: Alchemy WOW
- ::Buy wow gold:: Alchemist
- ::Buy wow gold:: Alleria Windrunner

Displaying **1** to **6**

## Game news    More

- Buy World of warcraft gold::Special discount zone ..
- Buy World of warcraft gold:: VIP Policy ..
- Buy World of warcraft gold:: Gameplay ..
- World of warcraft gold:: Characters ..
- World of warcraft gold:: Blizzard Downloader ..
- World of warcraft gold:: Quests ..
- World of warcraft gold:: Hellfire Citadel
- World of warcraft gold:: Bosses
- Buy world of warcraft gold::Coilfang Reservoir
- Buy world of warcraft gold:: Auchindoun

Displaying **1** to **6**

COPYRIGHT (C) WWW.WOWGOLDVIP.COM ALL RIGHTS RESERVED.

   

| world of warcraft powerleveling | wow power leveling |
| world of warcraft power leveling | World of Warcraft gol |
| Buy World of Warcraft gold | cheap world of warcra |
| Buy World of Warcraft gold | World of Warcraft gol |

Registered Names and Trademarks are the copyright and property of their r
Use of this Web site constitutes acceptance of the TERMS & CONDITIONS and PI
Copyright © 2006-2008 wowgoldvip.com