# EXHIBIT F

![WoWMine.com]

WoW Gold US | WoW Gold EU | WoW Power Leveling | Order Search | Buy/Sell Accounts | Delivery FAQ

**WoWMine / Homepage**



| CLICK HERE TO BUY WOW GOLD United States (l |
| CLICK HERE TO BUY WOW GOLD Europe (EU) |

### WoW Gold Newsboard

**Rock Bottom WoW Gold Price!**
We rocked the WoW gold market by keep lowering the gold price. On April 14, 2 $ 0.50 USD per 100 WoW Gold. Many customers enjoyed the WoW gold slash so much 1 they want a second time! We did, we offer $5/1000 seasonally to thank our custome special offer, it won't be frequently seen. Please visit us as often as you can and wait pati seasonal slash. Thanks.

### WoWMine News Update - 8th WoWMine "The Fat One" Lottery Winner List

Vancouver, Canada, June 12, 2008 - The 8th winner list of WoWMine "The Fat On The lucky sign is -- G, O, L, D, E and N for orders from PST 00:00 June 3rd, 20 June 10th, 2008. If your order number contains any of them, you WIN! All the been sent to winners' mail box already. Thanks for all your supporting to WoWMi see if you are a lucky dog!

Posted by: Z(

**Newsletter Subscription**

--Email ID-- 

Want to receive 50% off coupon code from WoWMine? Enter your Email ID RIGHT NOW!





### WoWMine News Update - Scheduled Live Chat Maintenance

Vancouver, Canada, June 7, 2008 - Our Live Chat service will be undergoing syst from **June 8th 3:00-7:00 EST**. During this time, you may send all your e order-enquiry@wowmine.com. Sorry for the trouble caused and your kind un patience will be highly appreciated.

Posted by: Z(

### WoWMine News Update - Hot Summer, Hot Sales!

Vancouver, Canada, June 5, 2008 - WoWMine is in hot sale again! We have cut 12% **US** servers WoW gold this time. WoWMine's mammoth price storm will sweep yo again till the end of summer! What are you waiting for? Get ready to enjoy the e experience. Here we go, make the best of our price storm and get cheaper WoW go

Posted by: Z(

### WoWMine News Update - WoWMine Olympic Code Report

Vancouver, Canada, June 3, 2008 - The bonus of Olympic code has already been WOW GOLD ALREADY! That is to say, more than 1000 orders with WoWMine Ol flown to us as of 2nd June. And from now on, everyone who uses the Olympic code a bonus of 300 WoW gold FREE! Isn't it amazing! Take action now and the destinati gold is not far from you!

**More Orders, 5000 WoW Gold Bonus is Ahead of '**

Posted by: Z(

**WoWMine News Update - The 8th Season WoWMine "The Fat One" Lottery**

Vancouver, Canada, June 3, 2008 - The 8th season of WoWMine "The Fat One Lo now! The lucky draw will be on PST 00:00 June 3rd, 2008 to PST 00:00 June 10th, dogs will be selected according to the last six random combinations of characters their order number. What you get will totally depend on how your order number **only paid order is eligible to this lottery draw.**

This week, the lucky sign is -- G, O, L, D, E and N. If your order number contains you WIN!

- Buying 50 WoW gold at half price will be awarded to you if you have **ONE** c
- Getting 50 WoW gold free will be awarded to you if you have **TWO** of them
- 5% extra WoW gold on top of your order if you have **THREE** of Them;
- 50% extra WoW gold on top of your order if you have **FOUR** of them;
- Your WoW gold order will be free if you have **FIVE** of them;
- Your order free and 50% extra WoW gold will be awarded to you if have a t **SIX**!

The awarding list will be announced afterwards, and you will receive a notice from V win our lottery!



Posted by: Z(

 **WoWMine News Archive...**

**About Us | Affiliate | Link Exchange with Us | Delivery Guarantee | Privacy Policy | Return and Exchange Policy | WoW Gold**

© 2005-2008 Super Continental Ltd. (Hong Kong, S.A.R.), Super Continental Development Ltd. (Canada) and Super Continental US LLC(USA)

| **buy wow gold** | **world of warcraft gold** | **wow gold** | **cheap wow gold** |
| **wow gold** | **World of warcraft Gold** | **buy cheap wow gold** | **cheapest wow g(** |
| **buy cheapest wow gold** | **buy wow gold** | **cheap wow gold** | **buy cheapest wo gold** |