UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 07-21403-CIV-COHN/SELTZER

**ANTONIO HERNANDEZ,**
Individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

**IGE U.S. LLC,**
a Delaware corporation,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING
## DECLARATION OF BROCK J. PIERCE

Defendant IGE U.S. LLC a/k/a Affinity Media Holdings, LLC ("IGE U.S.") hereby gives notice of filing the attached Declaration of Brock J. Pierce in Support of Defendant's Opposition to Class Certification, which opposition was filed with this Court on June 13, 2008.

DATED: June 13, 2008

        Respectfully submitted,

        **AKERMAN SENTERFITT**
        One S.E. 3rd Avenue, 25th Floor
        Miami, FL 33131-1714
        Phone: (305) 374-5600
        Fax: (305) 374-5095
        Email: james.miller@akerman.com
        Email: samuel.heywood@akerman.com

        By: /s/ Samuel S. Heywood
        James M. Miller, Esq.
        Florida Bar Number: 201308
        Samuel S. Heywood, Esq.
        Florida Bar Number: 0016604

        *Attorneys for Defendant IGE U.S., LLC*

{M2695617;1}

## CERTIFICATE OF SERVICE

**I hereby certify** that true and accurate copies of the foregoing was served by using the Southern District of Florida's CM/ECF system on June 13, 2008, on all counsel or parties of record on the attached service list.

> By: /s/ Samuel S. Heywood
> Samuel S. Heywood, Esq.

{M2695617;1}

# SERVICE LIST

*Hernandez v. IGE U.S. LLC*, Case No. 07-21403-CIV (COHN/SELTZER)

| | |
|---|---|
| C. Richard Newsome<br>newsome@newsomelaw.com<br>**NEWSOME LAW FIRM**<br>20 North Orange Avenue<br>Suite 800<br>Orlando, Florida 32801<br>Tel. (407) 648-5977<br>Fax (407) 648-5252<br><br>Donald E. Haviland, Jr.<br>haviland@havilandlaw.com<br>**THE HAVILAND LAW FIRM, LLC**<br>740 South Third Street, 3rd Floor<br>Philadelphia, Pennsylvania 19147<br>Tel. (215) 609-4661<br>Fax (215) 392-4400<br><br>*Attorneys for Plaintiff Antonio Hernandez* | James M. Miller, Esq.<br>james.miller@akerman.com<br>Samuel S. Heywood<br>samuel.heywood@akerman.com<br>**AKERMAN SENTERFITT**<br>One S.E. 3rd Avenue, 25th Floor<br>Miami, FL 33131-1714<br>Tel. (305) 374-5600<br>Fax (305) 374-5095<br><br><br><br><br><br><br><br>*Attorneys for Defendant IGE U.S. LLC* |