# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

Case No. 07-21403-CIV-COHN/SELTZER

**ANTONIO HERNANDEZ,**
Individually and on behalf of all
others similarly situated,

　　　　　　Plaintiff,

　　v.

**IGE U.S. LLC,**
a Delaware corporation,

　　　　　　Defendant.
_____/

## PLAINTIFF ANTONIO HERNANDEZ'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFF'S <u>MOTION FOR CLASS CERTIFICATION</u>

　　Plaintiff Antonio Hernandez respectfully requests an enlargement of time to file a reply brief in support of his Motion for Class Certification, which would permit him to file the same on or before July 18, 2008. In support of this unopposed motion, Plaintiff states as follows:

　　1.　　On May 19, 2008, Plaintiff filed his Motion for Class Certification seeking to have this Court certify a nationwide class pursuant to Fed.R.Civ.P. 23(b)(1), (b)(2), and (b)(3), which Class seeks both declaratory and injunctive relief and damages relating to the conduct of Defendant IGE U.S. in violating the End User License Agreement ("EULA") and Terms of Use ("TOU") respecting the online virtual worked known as the "World of Warcraft".

　　2.　　Pursuant to a prior Stipulation and Order of this Court granting IGE U.S. an extension of time to respond, IGE U.S. filed a lengthy Memorandum in Opposition to the Motion

{M2689826;1}

for Class Certification on June 13, 2008. In support of its opposition to class certification, IGE U.S. also filed a Declaration of Mr. Brock Pierce, the self-described "sole Managing Member and sole officer of the Defendant in this action." *See* Declaration of Brock J. Pierce attached hereto as Exhibit "A." In his Declaration, Mr. Pierce concedes that the Defendant "[a]t one time … was engaged in the … practice described in the Amended Class Action Complaint in this lawsuit as real money trading ("or RMT"). *Id.* at 3. Mr. Pierce further attests that, because of a prior asset sale, "[t]oday … IGE U.S. is not engaged and does not employ anyone to engage in any form of RMT, "gold farming", "spamming", auctions or any of the other activities alleged in the Amended Complaint. *Id.* at 4-6.

3. Pursuant to Local Rule 7.1(C)(1)(a), Plaintiff calculates that his reply brief in support of the Motion to for Class Certification is due on or about June 20, 2008.

4. IGE U.S. and Plaintiff recently agreed that the deposition of Mr. Pierce will take place on July 10-11, 2008.

5. In light of the complexities of the issues raised by IGE U.S. in its opposition brief, which opposition relies upon the lone affidavit of Mr. Pierce, a material fact witness who contests certain factual premises of the claims Plaintiff seeks to have this Court certify for class action treatment, and the fact that the deposition of Mr. Pierce will certainly impact the reply of Plaintiff, Plaintiff hereby requests a modest extension of time to file his reply in support of the Motion for Class Certification, up to July 18, 2008.

6. Counsel for IGE U.S. consents to this relief.

7. This Motion is filed in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff Antonio Hernandez respectfully requests an enlargement of time to file his reply in support of Plaintiff's Motion for Class Certification, up to and including July 18, 2008.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3

Pursuant to Local Rule 7.1.A.3, undersigned counsel for Plaintiff certifies that he has contacted IGE U.S.' counsel, Sam Heywood, to confer in a good faith effort to resolve the issues raised by this Motion, and that Mr. Heywood stated that he does not oppose the relief requested herein.

Respectfully submitted this 18th day of June, 2008,

          s/ Donald E. Haviland, Jr.
          DONALD E. HAVILAND, JR., ESQUIRE
          Pennsylvania Bar No.: 66615
          Email: haviland@havilandlaw.com
          MICHAEL J. LORUSSO, ESQUIRE
          Pennsylvania Bar No.: 203684
          Email: lorusso@havilandlaw.com
          The Haviland Law Firm, LLC
          740 S. Third Street, Third Floor
          Philadelphia, PA 19147
          Telephone: (215) 609-4661
          Facsimile: (215) 392-4400

          C. RICHARD NEWSOME, ESQUIRE
          Florida Bar No.: 827258
          Email: newsome@newsomelaw.com
          ANDREW F. KNOPF, ESQUIRE
          Florida Bar No.: 658871
          Email: knopf@newsomelaw.com
          Newsome Law Firm
          20 N. Orange Ave., Suite 800
          Orlando, Florida 32801
          Telephone: (407) 648-5977
          Facsimile: (407) 648-5282

          CO-LEAD COUNSEL FOR THE PLAINTIFF,
          ANTONIO HERNANDEZ, AND THE CLASS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 18th day of June, 2008, with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to:

James M. Miller
Akerman Senterfitt
1 SE 3rd Avenue, Floor 28
Miami, FL 33131-1715

                                              s/ Donald E. Haviland, Jr.
                                              Donald E. Haviland, Jr., Esquire
                                              Pennsylvania Bar No.: 66615
                                              The Haviland Law Firm, LLC