

ATTORNEYS AT LAW
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FLORIDA 32202-5017
P. O. BOX 240
JACKSONVILLE, FLORIDA 32201-0240
TELEPHONE: 904.359.2000
FACSIMILE: 904.359.8700

WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

Total # of Pages (Excluding Cover) 7

| | |
|---|---|
| To: | 2153924400 |
| From: | jaxos@foley.com |
| Date: | 1/15/2008 |

**Delivery Details:**

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

EXHIBIT "A"



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE INDEPENDENT DRIVE, SUITE 1300
JACKSONVILLE, FL 32202-5017
P. O. BOX 240
JACKSONVILLE, FL 32201-0240
TELEPHONE: 904.359.2000
FACSIMILE: 904.359.8700
WWW.FOLEY.COM

# FACSIMILE TRANSMISSION

## Total # of Pages 7 (including this page)

| TO: | PHONE #: | FAX #: |
|---|---|---|
| C. Richard Newsome<br>Newsome Law Firm | | 407-648-5282 |
| Donald Haviland<br>The Haviland Law Firm | | 215-392-4400 |

| | |
|---:|---|
| From : | Scott D. Richburg |
| Email Address : | srichburg@foley.com |
| Sender's Direct Dial : | 904.359.8743 |
| Date : | January 15, 2008 |
| Client/Matter No : | 090425-0101 |
| User ID No : | 0627 |

**MESSAGE:**

Please see attached Rule 26 (A) Disclosures from Scott Richburg.

If there are any problems with this transmission or if you have not
received all of the pages, please call 904-359-8700.

| Operator: | Time Sent: | Return Original To:<br>Tina Fritz |
|---|---|---|

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT,
LTD., a foreign corporation, and

IGE U.S., LLC., a Delaware corporation,

Defendants,

Case No. 07-CIV-21403-
COHN/SELTZER

## IGE U.S. LLC'S RULE 26(A) DISCLOSURES

Defendant IGE U.S., LLC n/k/a Affinity Media Holdings, LLC, ("IGE US"), makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) based on the information now reasonably available to it.

### PRELIMINARY STATEMENT

IGE US anticipates that further discovery, investigation, legal research and analysis may supply additional facts and theories, and/or lead to the discovery of additional information that may lead to changes to these Disclosures. Accordingly, IGE US reserves the right to supplement, modify, and/or correct any and all disclosures in accordance with Federal Rule of Civil Procedure 26(e).

Nothing herein is intended, nor should it be construed, as admissions of fact, law, or waiver of privilege. IGE US reserves all objections relating to the information contained in these Disclosures.

1

## INITIAL DISCLOSURES

### A. Rule 26(a)(1)(A) Disclosures

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely used for impeachment, identifying the subjects of the information. Fed. R. Civ. P. 26(a)(1)(A).

| | Name | Address and Telephone Number | Subject(s) of Information |
|---|---|---|---|
| 1. | Brock Pierce, *Chief Executive Officer of IGE US* | May be contacted through IGE US' counsel only. | All matters alleged in IGE US's Answer and Affirmative Defenses and the relationship between IGE US and Internet Gaming Entertainment Ltd. ("IGE Hong Kong"). |
| 2. | Matt Smith, *Former Senior Vice President of Finance of IGE US* | To be provided under separate cover. | All matters alleged in IGE US's Answer and Affirmative Defenses and the relationship between IGE US and IGE Hong Kong. |
| 3. | Randy Maslow, *Former General Counsel of IGE US* | To be provided under separate cover. | All matters alleged in IGE US's Answer and Affirmative Defenses and the relationship between IGE US and IGE Hong Kong. |
| 4. | Jonathan Yantis | C/o Bernard J. Rhodes Lathrop & Gage L.C. 2345 Grand Blvd. Suite 2800 Kansas City, Missouri 64108-2684 | The operation of www.IGE.com website. |

### B. Rule 26(a)(1)(B) Disclosures:

A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely used for impeachment. Fed. R. Civ. P. 26(a)(1)(B).

2

IGE US reserves the right to use documents beyond those categories identified below as IGE US discovers new information. IGE US will only produce documents containing proprietary, commercially sensitive, or other confidential information upon entry of a confidentiality order and will not produce documents that are privileged, otherwise protected from disclosure, or not reasonably accessible because of undue burden or cost. IGE US identifies the following documents and things:

|   | Document List by Category | Location |
|---|---|---|
| 1. | Organizational documents, including graphs and charts, which show the corporate structure of IGE US. | Likely custodians of such documents:<br>• IGE US, c/o IGE US' counsel |
| 2. | Documents that will show the relationship, if any, between IGE US and IGE Hong Kong, such as:<br><br>• Managing or operating agreements between the two entities, if any.<br><br>• Accounting documents.<br><br>• Host documents.<br><br>• Transactional documents regarding change in control and operations. | Likely custodians of such documents:<br>• IGE US, c/o IGE US' counsel |

**C. Rule 26(a)(1)(C) Disclosures:**

> A computation of any category of damages, claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered. Fed. R. Civ. P. 26(a)(1)(C).

IGE US is not currently claiming any damages in this case other than as pled in its Answer and Affirmative Defenses for attorneys fees and costs, which continue to accrue.

3

**D.     Rule 26(a)(1)(D) Disclosures:**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment. Fed. R. Civ. P. 26(a)(1)(D).

IGE US is currently is unaware of any insurance agreement that may be applicable to any judgment in this action.

FOLEY & LARDNER LLP

_____
Scott D. Richburg
Florida Bar No. 0064475
srichburg@foley.com
C. Ryan Maloney
Florida Bar No. 0652903
cmaloney@foley.com
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
Telephone: 904.359.2000
Facsimile: 904.359.8700

and

Richard S. Davis
Florida Bar No. 0991082
rdavis@foley.com
Foley & Lardner LLP
111 North Orange Avenue
Suite 1800
Orlando, FL 32801-2386
Phone: 407-423-7656
Fax: 407-648-1743

Attorneys for Defendant, IGE U.S., LLC

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following by facsimile and U.S. mail, first-class postage prepaid on January 15, 2008.

C. Richard Newsome
Newsome Law Firm
20 N. Orange Avenue, Suite 800
Orlando, FL 32801

Donald E. Haviland, Jr.
The Haviland law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147

_____
Attorney