UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, Individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

INTERNET GAMING ENTERTAINMENT, LTD.,
a foreign corporation, and

IGE U.S. LLC.
a Delaware corporation,

      Defendants.

_____/

**DEFENDANT IGE U.S. LLC'S RESPONSES TO
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION
OF DOCUMENTS ADDRESSED TO DEFENDANT**

Defendant, IGE U.S. LLC ("IGE U.S."), hereby responds and objects to the Third Request for Production of Documents (the "Requests") by Plaintiff, Antonio Hernandez ("Plaintiff" or "Hernandez"), dated April 8, 2008, as follows:

**GENERAL OBJECTIONS**

1.    IGE U.S. objects to each request to the extent the request seeks information that is protected against disclosure by the attorney-client privilege, the work product doctrine, the self-critical analysis privilege, the joint-defense privilege or any other privilege recognized at common law, by the Federal Rules of Civil Procedure or by any other applicable rules.

2.    IGE U.S. objects to the Requests to the extent they purport to call for materials, facts or information that is not in IGE U.S.'s possession, custody, or control, or to which IGE U.S. does not have access.

3. IGE U.S. objects to Instruction Nos. 1 and 2 on the ground that they purport to impose obligations inconsistent with those imposed by the Federal Rules of Civil Procedure, and on the further ground that they are vague and ambiguous insofar as they use the terms "employees," "agents," "managing agents," "affiliates," "investigators," "subsidiaries," "representatives," "and "any persons acting, or purporting to act" on IGE U.S.'s behalf or on behalf of any person acting on IGE U.S.'s behalf.

4. IGE U.S. objects to Instructions, in general, because they state or suggest that there is more than on "Defendant" in this lawsuit.

5. IGE U.S. reserves all other objections, including to the relevance and admissibility of the materials, facts and information provided. Neither IGE U.S.'s agreement to answer the Requests, nor its agreement to search for facts or information responsive to any request shall imply that responsive materials, facts or information exist, or constitute an admission or acknowledgment as to the relevance or admissibility of any documents or as to the truth of any allegation or assumption contained in the Requests.

6. IGE U.S. anticipates that further discovery, independent investigation, research and analyses might prompt additions or changes to these responses. IGE U.S. therefore reserves the right to supplement or change any or all of its responses to the Requests as additional materials and facts are gathered, analyses are made, legal research is conducted and contentions are formed. These responses in no way prejudice IGE U.S. in regard to further discovery, research or analyses. These responses are based on the information and documents presently available to and specifically known to IGE U.S.

7. IGE U.S. does not intend to disclose information that is privileged or is otherwise protected from discovery. Disclosure of any information protected by the attorney-client

privilege, work product doctrine or any other applicable privilege or protection shall be deemed inadvertent. Inadvertent disclosure shall not constitute a waiver or prejudice of any privilege or any other ground for objecting to discovery with respect to any such information; nor shall any inadvertent disclosure waive or prejudice the right of IGE U.S. to object to the use of any such information during this or any subsequent proceeding.

8. The foregoing General Objections are incorporated in full into each specific response set forth in the Objections and Responses to Requests for Production below, and will not be specifically repeated unless necessary for purposes of clarification.

## STATEMENT

IGE U.S. makes these responses without waiving its right (a) to object to the admissibility in evidence of these responses; (b) to object to further discovery relating to the subject matters encompassed within plaintiff's requests for production; (c) to supplement the objections in the event additional pre-trial preparation results in the discovery of additional grounds for such objection; or (d) to revise, correct, add to, or clarify these responses.

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

1. **Please produce all documentation relating to, referring to, or supporting information requested in Plaintiff's Second Set of Interrogatories.**

**RESPONSE:**

IGE U.S. objects to this Request as set forth in the General Objections above, which objections are incorporated herein by reference. IGE U.S. further objects on the basis that Interrogatory Nos. 2-12 in Plaintiff's Second Set of Interrogatories exceed the maximum number of written interrogatories (including discrete subparts) permitted by Federal Rule of Civil Procedure 33(a)(1) and Local Rule Local Rule 26.1 G.1 and, therefore, IGE U.S. is not obligated to produce documentation regarding Interrogatory Nos. 2-12. Subject to and without waiving the foregoing objections, IGE U.S. will produce copies of non-privileged responsive documents in its possession relating to, referring to, or supporting information requested in Interrogatory No. 1 in Plaintiff's Second Set of Interrogatories.

**AKERMAN SENTERFITT**
One S.E. 3rd Avenue, 25th Floor
Miami, FL 33131-1714
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: james.miller@akerman.com
Email: samuel.heywood@akerman.com

By: _____
James M. Miller
Florida Bar Number: 201308
Samuel S. Heywood
Florida Bar Number: 0016604

*Attorneys for Defendant, IGE U.S. LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copy of IGE U.S. LLC's Responses to Plaintiff's Third Request for Production of Documents Addressed to Defendant has been furnished by facsimile and by Federal Express to the following individuals, this 20th day of May, 2008:

C. Richard Newsome
Andrew Knopf
**Newsome Law Firm**
20 North Orange Ave., Suite 800
Orlando, Florida 32801
Tel. 407.648.5977
Fax 407.648.5282

Donald E. Haviland, Jr.
**The Haviland Law Firm, LLC**
740 South Third St.
Third Floor
Philadelphia, Pennsylvania 19147
tel. 215.609.4661
fax 215.392.4400

_____
Attorney