UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

IGE U.S., LLC., a Delaware corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Answers to Plaintiff's Request for Production of Documents and Interrogatories, and for Extension of Discovery Limits (DE 58) and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 2 and 12). The Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

    1.    On or before July 10, 2008, counsel for the parties shall telephonically confer and make a good faith attempt to resolve the issues raised by the instant motion. On or before 5:00 p.m. on July 11, 2008, the parties shall file a Joint Status Report detailing the outcome of this meeting and identifying the discovery responses/requests (by number) and topics that remain at issue, if any.

    2.    Defendant shall serve and file its Response to Plaintiff's Motion, addressing (with support) the remaining issues raised by the instant motion, if any, on or before 5:00 p.m. on July 17, 2008.

    3.    Plaintiff shall then serve and file his Reply to Defendant's Response on or

before 10:00 a.m. on July 23, 2008.

4. This Court expects counsel to cooperate and to fully comply with the applicable rules in all proceedings in this cause. See S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct, Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves").

DONE AND ORDERED at Fort Lauderdale, Florida this 7th day of July 2008.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record