UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21403-CIV-COHN/SELTZER

ANTONIO HERNANDEZ, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

IGE U.S., LLC., a Delaware corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties Joint Motion for Brief Enlargement of Time to File Joint Status Report (DE 62) and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 2 and 12). The Court having considered the Joint Motion and being otherwise sufficiently advised, it is hereby ORDERED that the Motion is GRANTED as follows:

    1.    On or before 5:00 p.m. on July 18, 2008, the parties shall file a Joint Status Report detailing the outcome of their meeting regarding Plaintiff's Motion to Compel Answers to Plaintiff's Request for Production of Documents and Interrogatories, and for Extension of Discovery Limits (DE 58) and identifying the discovery responses/requests (by number) and topics that remain at issue, if any.

    2.    Defendant shall serve and file its Response to Plaintiff's Motion (DE 58), addressing (with support) the remaining issues raised by the instant motion, if any, on or before 5:00 p.m. on July 24, 2008.

    3.    Plaintiff shall then serve and file his Reply to Defendant's Response on or

before 10:00 a.m. on July 30, 2008.

DONE AND ORDERED at Fort Lauderdale, Florida this 16th day of July 2008.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record